CO-386
Rev. 10/03

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

M.R.S. ENTERPRISES, INC.                )
                                        )
                                        )
                Plaintiff               )
                                        )
        v.                              )        Civil Action No. _____
SHEET METAL WORKERS INTERNATIONAL       )
ASSOCIATION NO. 40, ET AL               )
                Defendants              )
                                        )
                                        )

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for <u>M.R.S. Enterprises, Inc.</u>_____,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of <u>M.R.S. Enterprises, Inc.</u>_____, which have any outstanding securities

in the hands of the public. ___<u>None</u>_____

_____

_____

        These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

<u>Jonathan C. Fritts</u>
Print Name

<u>464011</u>                          <u>Morgan, Lewis & Bockius LLP</u>
Bar Identification Number           <u>1111 Pennsylvania Avenue, NW</u>
                                    Address

                                    <u>Washington        DC        20004</u>
                                    City          State       Zip

                                    <u>202/739-5867</u>
                                    Telephone Number