UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br>    Plaintiff<br><br>VS.<br><br>SHEET METAL WORKERS INTERNATIONAL<br>ASSOCIATION LOCAL NO. 40<br><br>AND<br><br>THE NATIONAL JOINT ADJUSTMENT BOARD<br>FOR THE SHEET METAL INDUSTRY<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff, M.R.S. Enterprises, Inc. hereby moves that James F. Grosso be admitted <u>PRO HAC VICE</u> in the above case as associate trial counsel with local associate counsel identified below, on the following grounds: Plaintiff's counsel represented the client, M.R.S. Enterprises, Inc., in the arbitration proceeding that is the subject of this Complaint.

                                            Plaintiff

Dated: September 7, 2005

Jonathan C. Fritts (464011)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202/739-5867
Fax: 202/739-3001
Attorney for M.R.S. Enterprises, Inc.