# Exhibit B

Attached to Answer and Counterclaim
(Case No. 1:05-CV-01823 CKK)

Form A

## NATIONAL JOINT ADJUSTMENT BOARD

### COLLECTIVE BARGAINING REPORTING FORM
### NOTICE OF UNRESOLVED DISPUTE

### ARTICLE X, SECTION 8

Please refer to the Procedural Rules of the National Joint Adjustment Board for the Sheet Metal Industry for detailed information on how to comply with the requirements of submitting your dispute under Article X, Section 8. Any questions regarding this form or submittal may be addressed to: National Joint Adjustment Board, P.O. Box 220956, Chantilly, VA 20153-0956, or National Joint Adjustment Board, 4201 Lafayette Center Drive, Chantilly, VA 20151-1209.

These documents shall be jointly submitted and jointly signed by an authorized representative of the local Union and an authorized representative of the Employer. If one party refuses to sign this document, the NJAB will consider a unilateral submission, so long as a copy of this submission has been provided to the other party.*

Signature of authorized Union representative: *[signed]*

Signature of authorized Employer representative: _____

1. List the expiration date of your present agreement:  __6__ / __2005__
   Month / Year

2. Names & Addresses of Parties to the Dispute:

| Local Union | Employer or Employer Association |
|---|---|
| Local No. 40 | Name MRS Enterprises |
| Address 100-A Old Forge Road | Address 41 Northwest Drive |
| City Rocky Hill | City Plainville |
| State CT      Zip 06067 | State CT      Zip 06062 |
| Phone 860-529-2616  Fax 860-529-3177 | Phone 860-747-4994  Fax 860-793-2202 |
| E-mail | E-mail |

### SUBMITTAL DATA FOR NATIONAL JOINT ADJUSTMENT BOARD

Send 20 copies of this application, plus all the following. Complete checklist before mailing to ensure that all information is enclosed.

☐ 20 copies of Resolved Issues Form B             ☐ 20 copies of wage rates for adjoining SMWIA Locals Form E

☐ 20 copies of Unresolved Issues Form C          ☐ 20 copies of most recent labor agreement

☐ 20 copies of wage rates for trades listed on Form D   ☐ 20 legible copies of negotiation minutes

**Assemble the information in sets so that each of your 20 packets contains one (1) copy of each separate form.**

\* If this submission is not signed by both parties, by signing below, I certify that I have provided a copy of this submission to the other parties to this dispute.

*[signed]*
Name

__6-3-2005__
Date

Form B

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## RESOLVED ISSUES

SMWIA Local Union No. 40

Employer MRS Enterprises

Anniversary Date of Agreement: __6__ / __2005__
                                      Month               Year

List here those issues which **have been settled** during negotiations.
Refer to Article and Section of the Agreement where possible.

No issues have been settled during negotiations. No negotiation meetings have taken place.

Use Additional Sheets As Necessary          Page 1 of _____

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

### NOTE: USE A SEPARATE SHEET FOR EACH ISSUE

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

---

SMWIA Local Union No. _40_

Employer _MRS Enterprises_

Issue _Retroactivity_

        Union Proposal ☐         Employer Proposal ☐

Article, Section of Agreement or Addendum _____

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
|  | Retroactivity will be paid for all hours worked past the expiration date of the existing Agreement until a new Agreement is in place. |

Union Position:


Employer Position:

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

**NOTE: USE A SEPARATE SHEET FOR EACH ISSUE**

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

SMWIA Local Union No. _40_

Employer _MRS Enterprises_

Issue _Acceptance of new Recognition Language / New Standard Form of Union Agreement_

        Union Proposal X☒        Employer Proposal ☐

Article, Section of Agreement or Addendum _9A Agreement_

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
|  | To be signed by the Association and each individual Contractor. |

Union Position:

Employer Position:

Page _____ of _____

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

### NOTE: USE A SEPARATE SHEET FOR EACH ISSUE

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

SMWIA Local Union No. _40_

Employer _MRS Enterprises_

Issue _Revised Apprentice Pay Schedule_

        Union Proposal X☒        Employer Proposal ☐

Article, Section of Agreement or Addendum _Appendix C_

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
|  | Initial wage will commence at 50% and be adjusted 10% annually. |

Union Position:

Employer Position:

Page _____ of _____

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

### NOTE: USE A SEPARATE SHEET FOR EACH ISSUE

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

---

SMWIA Local Union No. __40__

Employer __MRS Enterprises__

Issue __Residential/Light Commercial/Duct Cleaning__

      Union Proposal ☒      Employer Proposal ☐

Article, Section of Agreement or Addendum __Residential Addendum, Article II, Proposed Article XIII, Sections 1, 2, 3__

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
|  | Residential Definition: to include language as proposed by labor. |
|  | Duct Cleaning language as proposed by labor. |

Union Position:

Employer Position:

Page _____ of _____

**Form C**

**NATIONAL JOINT ADJUSTMENT BOARD
ARTICLE X, SECTION 8
UNRESOLVED ISSUES**

**NOTE: USE A SEPARATE SHEET FOR EACH ISSUE**

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

---

SMWIA Local Union No. _40_

Employer _MRS Enterprises_

Issue _Travel_

       Union Proposal ☒       Employer Proposal ☐

Article, Section of Agreement or Addendum _Addendum IV_

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
|  | New Section E: Any employee required to report to the shop to pick up a vehicle before working hours shall be paid full travel expenses with no cap or free zone. |

Union Position:


Employer Position:


Page _____ of _____

**Form C**

## NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

### NOTE: USE A SEPARATE SHEET FOR EACH ISSUE

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

SMWIA Local Union No. __40__

Employer __MRS__

Issue __Market Recovery__

       Union Proposal ☒       Employer Proposal ☐

Article, Section of Agreement or Addendum _____

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
|  | Language to exclude units provided they are not in the scope of work bid package. Contractor must inform Business Manager or Business Agent before bidding a job. |

Union Position:


Employer Position:


Page ____ of ____

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

**NOTE: USE A SEPARATE SHEET FOR EACH ISSUE**

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

SMWIA Local Union No. _40_

Employer _MRS Enterprises_

Issue _Travel Expense_

        Union Proposal ☒        Employer Proposal ☐

Article, Section of Agreement or Addendum _Addendum IV_

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
| Travel pay shall be paid at the Internal Revenue Service Standard Rate per mile, for all miles over fifteen (15) miles. This will be a true free zone with no mileage paid inside the fifteen (15) mile zone. Maximum travel expense per day will not exceed ten dollars and fifty cents ($10.50) | Travel pay shall be paid at the Internal Revenue Service Standard Rate per mile, for all miles over ten (10) miles. This will be a true free zone with no mileage paid inside the ten (10) mile zone. Maximum travel expense per day will not exceed fifteen dollars (15.00) |

Union Position: Escalated gas prices have increased the cost of traveling.


Employer Position:


Page _____ of _____

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

**NOTE: USE A SEPARATE SHEET FOR EACH ISSUE**

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

---

SMWIA Local Union No. _40_

Employer _MRS Enterprises_

Issue _Length of Contract_

       Union Proposal X☒        Employer Proposal ☐

Article, Section of Agreement or Addendum _Article XV, Section 1_

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
| ...shall become effective on the First day of July, 2001 and remain in full force and effect until the Thirtieth day of June, 2005... | ...shall become effective on the First day of July, 2005 and remain in full force and effect until the Thirtieth day of March, 2008 |

Union Position: Proposing a thirty three (33) month contract in order to meet Federal Prevailing Wage deadlines.


Employer Position:


Page _____ of _____

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

### NOTE: USE A SEPARATE SHEET FOR EACH ISSUE

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

SMWIA Local Union No. 40

Employer MRS Enterprises

Issue Wages

       Union Proposal X☒       Employer Proposal ☐

Article, Section of Agreement or Addendum  Addendum I, Appendix A

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
| See: Addendum I, Section 1, page 16<br>Addendum I, Appendex A, page 36 | Year 1: ten (10) mile free zone with fifteen (15) dollar per day cap.<br>$1.39 allocated to only fringe benefit funds (local and national as needed, including the $.10/hr increment to the equity fund)<br>8 Hour day when unemployment is less than 20%<br><br>Year 2: 3.5% COLA based on total package.<br><br>Year 3: 3.5% COLA based on total package. |

Union Position: Increases in year one are to be able to cover benefit increases. Increases in years two and three reflect cost of living increases.

Employer Position:

Form C

# NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## UNRESOLVED ISSUES

### NOTE: USE A SEPARATE SHEET FOR EACH ISSUE

No more than three (3) may be presented by either side. Wage/Fringe package and contract duration may be proposed irrespective of the limit.

---

SMWIA Local Union No. __40__

Employer __MRS Enterprises__

Issue __Shop Relief__

       Union Proposal X☒       Employer Proposal ☐

Article, Section of Agreement or Addendum _____

| EXISTING LANGUAGE | PROPOSED LANGUAGE |
|---|---|
| New proposal, no existing language. | $6.00 per hour relief on all shop fabrication hours, as previously proposed by local #40. Equity shop relief program funds to be reviewed annually. See attached proposed equity guidelines. |

Union Position:


Employer Position:


Page _____ of _____

# Proposal for
# Equity funding for all shop hours

1. EQUITY FUNDING AVAILABLE FOR ALL SHOP HOURS AT THE RATE OF $6.00 PER HOUR FOR ALL HOURS WORKED WITH THE EXCEPTION OF PROJECT LABOR AGREEMENTS (P.L.A.S) OR ANY OTHER ALL UNION AGREEMENT PROJECT. ADDITIONAL FUNDING WILL STILL BE AVAILABLE FOR INDIVIDUAL TARGERTED PROJECTS.

2. THE WORK MUST BE FABRICATED IN THE LOCAL #40 JURISDICTION BY LOCAL #40 JOURNEYMAN SHEET METAL WORKERS.

3. 8 HOURS WORKED IN THE SHOP AT REGULAR WAGES UNLESS THE LOCAL IS AT MORE THAN 20% UNEMPLOYMENT. TO BE DETERMINED BY ACTUAL COUNT OF JOURNEYMAN SUPPLIED BY THE S.M.W.#40 FINANCIAL SECRETARY WHICH AT THAT TIME WILL GO BACK TO 7 HOURS.

4. EQUITY FUND PAYMENTS MUST BE MADE ON TIME IN ORDER TO KEEP A STEADY CASH FLOW AVAILABLE. IF PAYMENTS ARE LATE THE CONTRACTOR WILL LOSE THE EQUITY FUNDING FOR THE UNPAID HOURS. EQUITY FUNDING WILL BE RESTORED FOR FUTURE HOURS WHEN THE CONTRACTOR BECOMES CURRENT. THE PAYMENT MUST BE MADE BY THE 20TH OF THE FOLLOWING MONTH.

5. SHOP STEWARDS WILL BE RESPONSIBLE TO KEEP TRACK OF HOURS WORKED AND FAX A WEEKLY REPORT TO THE SHEET METAL WORKERS #40 UNION HALL.

6. THIS PROGRAM CAN ONLY BE USED ON FULL RATE JOBS AND UNDER NO CIRCUMSTANCES BE USED TO FABRICATE FOR A NON-UNION COMPANY.

7. MISUSE OF EQUITY SHOP HOURS WILL RESULT IN THE FOLLOWING :

1ST OFFENSE:   A FINE OF 2X THE AMOUNT MISUSED WILL BE PAID TO THE S.M.W. #40 EQUITY FUND.

2ND OFFENSE:   EQUITY FUNDING REVOLKED FOR A 3 MONTH PERIOD.

3RD OFFENSE:   EQUITY FUNDING REVOLKED FOR NO LESS THAN A PERIOD OF 1 YEAR AND CAN ONLY BE RESTORED AFTER REVIEW OF THE EQUITY FUND TRUSTEES.

8. THIS SHOP EQUITY PROGRAM WILL INITIALLY BE FOR A 1 YEAR TRIAL PERIOD TO BE REVIEWED BY THE EQUITY FUND TRUSTEES ANNUALLY.

Form D

## NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8
## TABULATION OF COMPARATIVE HOURLY WAGE RATES AND FRINGES

SMWIA Local Union No. 40

Employer MRS Enterprises

Anniversary Date of Agreement: 6 / 2005
                                Month    Year

| Year | *SHEET METAL WORKERS | | | PLUMBERS/PIPE FITTERS | | | SPRINKLER FITTERS | | |
|------|-----------|-------|-------|-----------|-------|-------|-----------|-------|-------|
|      | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package |
| 1999 | $23.34 | $13.54 | $36.88 | | | | | | |
| 2000 | $24.04 | $13.99 | $38.03 | | | | | | |
| 2001 | $25.47 | $15.06 | $40.53 | | | | | | |
| 2002 | $26.87 | $16.16 | $43.03 | | | | | | |
| 2003 | $27.48 | $18.05 | $45.53 | | | | | | |
| 2004 | $28.04 | $19.99 | $48.03 | $29.27 | $16.03 | $45.30 | $32.70 | $12.87 | $45.57 |
| 2005 | | | | | | | | | |
| 2006 | | | | | | | | | |

| Year | ELECTRICIANS | | | IRON WORKERS | | | CARPENTERS | | |
|------|-----------|-------|-------|-----------|-------|-------|-----------|-------|-------|
|      | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package |
| 1999 | $24.60 | $10.74 | $35.35 | | | | | | |
| 2000 | $25.60 | $11.29 | $36.89 | | | | | | |
| 2001 | $27.60 | $11.85 | $39.45 | | | | | | |
| 2002 | $29.30 | $12.78 | $42.08 | | | | | | |
| 2003 | $30.05 | $14.56 | $44.61 | | | | | | |
| 2004 | $30.50 | $15.80 | $46.30 | $30.05 | $17.70 | $47.45 | | | |
| 2005 | | | | $30.05 | $19.03 | $49.08 | | | |
| 2006 | | | | $30.05 | $20.37 | $50.42 | | | |

Form E

## NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8

SMWIA Local Union No. 40

Employer MRS Enterprises

Anniversary Date of Agreement    6  /  2005
                                    Month          Year

### SURROUNDING SHEET METAL WORKERS LOCAL UNIONS

| Year | Your SMWIA Local Union No. 40 City Rocky Hill | | | SMWIA Local No. 38 City Brewster, NY | | | SMWIA Local No. 63 City Springfield, MA | | | SMWIA Local No. 17 City Boston, MA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package |
| 1999 | $23.34 | $13.54 | $36.88 | $26.00 | $18.44 | $44.44 | | | | | | |
| 2000 | $24.04 | $13.99 | $38.03 | $26.00 | $18.44 | $44.44 | $22.06 | $11.98 | $34.06 | $29.38 | $14.82 | $44.20 |
| 2001 | $25.47 | $15.06 | $40.53 | $27.50 | $19.49 | $46.99 | $22.84 | $12.62 | $35.46 | $30.62 | $15.73 | $46.35 |
| 2002 | $26.87 | $16.16 | $43.03 | $29.00 | $20.99 | $49.99 | $24.28 | $13.43 | $37.71 | $31.77 | $17.20 | $48.97 |
| 2003 | $27.48 | $18.05 | $45.53 | $29.67 | $22.82 | $52.49 | $25.72 | $13.99 | $39.71 | $32.85 | $18.82 | $51.67 |
| 2004 | $28.04 | $19.99 | $48.03 | $31.00 | $23.99 | $54.99 | $25.36 | $16.33 | $41.69 | $33.67 | $20.65 | $54.32 |
| 2005 | | | | $31.00 | | $57.49 | $26.08 | $16.61 | $42.69 | $34.30 | $22.62 | $56.92 |
| 2006 | | | | | | $59.99 | | | | | | |
| | | | | | | | | | | | | |

NOTE: Show wage data for the past six (6) years and three (3) future years, if applicable.

Use Additional Sheets As Necessary

**Form E**

## NATIONAL JOINT ADJUSTMENT BOARD
## ARTICLE X, SECTION 8

SMWIA Local Union No. _40_

Employer _MRS Enterprises_

Anniversary Date of Agreement: ___6___ / ___2005___
                                              Month                  Year

### SURROUNDING SHEET METAL WORKERS LOCAL UNIONS

| Year | Union No. 17 / City New Hampshire | | | SMWIA Local No. 17 / City Rhode Island | | | SMWIA Local No. 17 / City Fall River | | | SMWIA Local No. 17 / City Maine | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package | Wage Rate | Fringe Benefits | Total Package |
| 4/2003 10/2003 | | | | | | | $25.60 $26.05 | $14.90 $15.49 | $40.50 $41.54 | | | |
| 2004 | | | | $29.87 | $17.98 | $47.85 | $26.15 | $16.41 | $42.56 | $18.28 | $14.22 | $38.49.5 |
| 1/2005 | $22.02 | $16.56 | $38.58 | $28.36 | $20.74 | $49.10 | $26.36 | $18.26 | $44.62 | | | $34.24.5 |
| 6/2005 | | | $39.43 | | | $50.35 | | | | | | |
| 1/2006 | | | $40.33 | | | $51.60 | | | | | | $35.99.5 |
| 6/2006 | | | $41.18 | | | $52.85 | | | | | | |
| | | | | | | | | | | | | |
| 6/2007 | | | $43.08 | | | | | | | | | |
| 1/2008 | | | $43.98 | | | | | | | | | |
| | | | | | | | | | | | | |