# Exhibit C

Attached to Answer and Counterclaim
(Case No. 1:05-CV-01823 CKK)

# National Joint Adjustment Board
## for the Sheet Metal Industry

P.O. Box 220956
Chantilly, VA 20153-0956

### DECISION

SMWIA Local Union 40
100-A Old Forge Road
Rocky Hill, CT 06067

M.R.S. Enterprises, Inc.
41 Northwest Drive
Plainville, CT 06062

                        Re: Article X, Section 8:  SMWIA Local 40 &
                        M.R.S. Enterprises, Inc.

Ladies and Gentlemen:

    The National Joint Adjustment Board (NJAB) for the Sheet Metal Industry met June 27, 2005 in Washington, DC to hear the above-referenced matter.

    Roland Levesque and James F. Grosso appeared on behalf of the Employer. David Roche and Luke J. Ford appeared on behalf of the Local Union.

    A review of the record demonstrated that all procedural requirements had been met. The matter, therefore, was properly before the NJAB for decision.

    The file included a memorandum of position submitted by M.R.S. Enterprises, Inc. The memorandum was reviewed and considered by the NJAB during the proceeding. M.R.S. Enterprises, Inc. did not make any proposals nor respond to any proposals made by the union.

    Based on the record and testimony of the parties, the NJAB rendered the following unanimous decision:

    The parties shall execute a collective bargaining agreement, effective July 1, 2005, identical in terms to the agreement reached between SMWIA Local 40 and ASMRC of Connecticut.

Article X, Section 8:
SMWIA Local 40 & M.R.S. Enterprises, Inc.
Page 2

Your Attention is directed to the following language contained in the Procedural Rules of the NJAB under Article X, Section 8 (a):

"The unanimous decision of said Board shall be final and binding upon the parties, reduced to writing, signed and mailed to the parties as soon as possible after the decision has been reached."

BY ORDER OF THE BOARD

_____
CO-CHAIR

_____
CO-CHAIR

June 28, 2005
DATE