# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

        v.                     Case No. 1:05-CV-01823 CKK

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,
LOCAL 40,

    Defendants and Counterclaimant.
_____/

## ENTRY OF APPEARANCE

The undersigned hereby enter their appearance as counsel for Defendant

Sheet Metal Workers' International Association Local 40 in this action.

Dated: November 17, 2005    Respectfully submitted,


                          s/ Michael T. Anderson
                       Michael T. Anderson (DC Bar 459617)
                       Arlus J. Stephens (DC Bar 478938)
                       Davis, Cowell & Bowe LLP
                       1701 K Street NW, Suite 210
                       Washington, DC 20006
                       (202) 223-2620
                       (202) 223-8651 (fax)

                       Attorneys of Record for Sheet Metal Workers'
                       International Association Local 40