IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

        v.                              Case No. 1:05-CV-01823 CKK

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,
LOCAL 40,

    Defendant and Counterclaimant.
_____/

**CERTIFICATE REQUIRED BY L.Civ. R. 7.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

We, the undersigned, counsel of record for Counterclaimant Sheet Metal Workers' International Association Local 40, certify that to the best of our knowledge, there are no entities that would constitute "parent companies, subsidiaries or affiliates" of Sheet Metal Workers' International Association Local 40 which would have any outstanding securities in the hands of the public. This is because Sheet Metal Workers' International Association Local 40 is an unincorporated association representing workers in collective bargaining with employers in the sheet metal industry.

This representation is made in order that judges of this Court may determine the need for recusal.

Dated: November 17, 2005        Respectfully submitted,


      s/ Arlus J. Stephens
Michael T. Anderson (DC Bar 459617)
Arlus J. Stephens (DC Bar 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(202) 223-8651 (fax)

Attorneys of Record for Sheet Metal Workers' International Association Local 40