# Exhibit A

Attached to Roche Declaration
(Case No. 1:05-CV-01823 CKK)

SECTION 1. This Agreement shall become effective on the 29th day of September, 1987 and remain in full force and effect to the 30th day of June, 1988, and shall continue in force from year to year thereafter unless written notice of reopening is given not less than ninety (90) days prior to the expiration date. In the event such notice of reopening is served, this Agreement shall continue in force and effect until conferences relating thereto have been terminated by either party, except as modified by Section 8 of Article X.

SECTION 2. If pursuant to federal or state law, any provision of this agreement shall be found by a court of competent jurisdiction to be void or unenforceable, all of the other provisions of this agreement shall remain in full force and effect.

SECTION 3. Notwithstanding any other provision of this Article, or any other Article of this Agreement, whenever an amendment to the Standard Form of Union Agreement shall be adopted by the National Joint Labor Relations Adjustment Committee, any party to this Agreement, upon the service of notice to all other parties hereto, shall have this Agreement reopened thirty (30) days thereafter, for the sole and only purpose of attempting to negotiate such amendment or amendments into this Agreement for the duration of the term hereof. There shall be no strike or lockout over this issue.

In witness whereof, the parties hereto affix their signature and seal this 29th day of September, 1987.

| Nutmeg Wall Systems | Sheet Metal Workers' International |
|---|---|
| (Specify name of Association or Contractor) | Association Local Union/s of the |
| By _[signature: Roland D. _____]_ | _____ Coun |
| (Signature of Officer or Representative) | (Signature of Officer or Representative) |
| | President |
| | _[signature: Nathan Back]_ LU |
| _____ | _____ LU |
| _____ | _____ LU |

- 15 -

**ARTICLE XIII**

SECTION 1. This Agreement and Addenda Numbers ___I___ through ___XXV___ attached hereto shall become effective on the ___1ST___ day of ___JULY___, 19 _88_, and remain in full force and effect until the ___30TH___ day of ___JUNE___, 19 _91_, and shall continue in force from year to year thereafter unless written notice of reopening is given not less than ninety (90) days prior to the expiration date. In the event such notice of reopening is served, this Agreement shall continue in force and effect until conferences relating thereto have been terminated by either party by written notice, provided, however, that, if this Agreement contains Article X, Section 8, it shall continue in full force and effect until modified by order of the National Joint Adjustment Board or until the procedures under Article X, Section 8 have been otherwise completed.

SECTION 2. If, pursuant to federal or state law, any provision of this agreement shall be found by a court of competent jurisdiction to be void or unenforceable, all of the other provisions of this agreement shall remain in full force and effect.

SECTION 3. Notwithstanding any other provision of this Article, or any other Article of this Agreement, whenever an amendment to the Standard Form of Union Agreement shall be adopted by the National Joint Labor Relations Adjustment Committee, any party to this Agreement, upon the service of notice to all other parties hereto, shall have this Agreement reopened thirty (30) days thereafter, for the sole and only purpose of attempting to negotiate such amendment or amendments into this Agreement for the duration of the term hereof. There shall be no strike or lockout over this issue.

SECTION 4. Each employer hereby waives any right it may have to repudiate this Agreement during the term of the Agreement, or during the term of any extension, modification or amendment to this Agreement.

SECTION 5. By execution of the Agreement the Employer authorizes THE ASSOCIATED SHEET METAL AND ROOFING CONTRACTORS OF CONNECTICUT (Name of Local Contractor Association) to act as its collective bargaining representative for all matters relating to this agreement. The parties agree that the Employer will hereafter be a member of the multi-employer bargaining unit represented by said Association unless this authorization is withdrawn by written notice to the Association and the Union at least 150 days prior to the then current expiration date of the Agreement.

In witness whereof, the parties hereto affix their signatures and seal this ___31ST___ day of ___AUGUST___, 19 _88_.

THIS STANDARD FORM OF UNION AGREEMENT HAS PROVIDED FOR THE INCLUSION OF PREAPPRENTICES AND A REDUCTION OF THE WAGE SCHEDULE FOR NEW APPRENTICES. THE PURPOSE OF THIS IS TO MAKE CONTRACTORS MORE COMPETITIVE WITH NONUNION COMPETITION. TO ACHIEVE THAT OBJECTIVE EMPLOYERS AGREE TO MINIMIZE MULTIPLE MARKUPS.

NUTMEG WALL SYSTEMS
(Specify Name of Association or Contractor)

By _____
(Signature of Officer or Representative)

Local Union No. ___40___
of Sheet Metal Workers' International Association

_____
(Signature of Officer or Representative)

SECTION 2. If, pursuant to federal or state law, any provision of this Agreeemnt shall be found by a court of competent jurisdiction to be void or unenforceable, all of the other provisions of this Agreement shall remain in full force and effect. The parties agree to meet and negotiate a substitute provision. If negotiations are unsuccessful, the issue may be submitted for resolution by either party pursuant to Article X, Section 8 of this Agreement.

SECTION 3. Notwithstanding any other provision of this Article, or any other Article of this Agreement, whenever an amendment to the Standard Form of Union Agreement shall be adopted by the sponsoring national associations, any party to this Agreement, upon the service of notice to all other parties hereto, shall have this Agreement reopened thirty (30) days thereafter, for the sole and only purpose of attempting to negotiate such amendment or amendments into this Agreement for the duration of the term hereof. There shall be no strike or lockout over this issue.

SECTION 4. Each Employer hereby waives any right it may have to repudiate this Agreement during the term of this Agreement, or during the term of any extension, modification or amendment to this Agreement.

SECTION 5. By execution of this Agreement the Employer authorizes __NUTMEG WALL SYSTEMS__
(Name of Local Contractor Association)
to act as its collective bargaining representative for all matters relating to this Agreement. The parties agree that the Employer will hereafter be a member of the multi-employer bargaining unit represented by said Association unless this authorization is withdrawn by written notice to the Association and the Union at least one hundred and fifty (150) days prior to the then current expiration date of this Agreement.

In witness whereof, the parties hereto affix their signatures and seal this __31__ day of __AUGUST__, 19 __92__.

**THIS STANDARD FORM OF UNION AGREEMENT HAS PROVIDED FOR THE INCLUSION OF PREAPPRENTICES AND A REDUCTION OF THE WAGE SCHEDULE FOR NEW APPRENTICES. THE PURPOSE OF THIS IS TO MAKE CONTRACTORS MORE COMPETITIVE WITH NON-UNION COMPETITION. TO ACHIEVE THAT OBJECTIVE EMPLOYERS AGREE TO MINIMIZE MULTIPLE MARKUPS.**

NUTMEG WALL SYSTEMS
(Specify Name of Association or Contractor)

By _[signature]_
(Signature of Officer or Representative)

Local Union No. __#40__
of Sheet Metal Workers' International Association

_[signature]_
(Signature of Officer or Representative)

9

January 27, 1995

NON DISCRIMINATION POLICY

There shall be no discrimination in the referral, hiring, placement, classification, upgrading, layoff, or termination of employment of any person by reason of race, creed color, sex, national origin, or membership or non-membership in the union.

Nutmeg Wall Systems

FOR THE EMPLOYER:

_[signature]_

DATE  9-7-95

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION #40

FOR THE UNION:

_[signatures]_

DATE  8/3/95

-39-