# Exhibit C

Attached to Roche Declaration
(Case No. 1:05-CV-01823 CKK)

**MRS ENTERPRISES, INC.**

January 8, 2001

Sheet Metal Workers' International Association
1750 New York Ave., NW
Washington, DC 20006-5386

Attn: Mr. William R. Farally, JR.

Dear Mr. Farally:

I acknowledge receipt of your correspondence dated December 14, 2000. And I apologize for not reacting earlier. Effective January 1, 2001, Nutmeg Wall Systems, Inc. ceases to exist. All Nutmeg labor and contracting obligation will be absorbed into M.R.S. Enterprises, Inc. In the past we conducted our business under MRS and Nutmeg was the labor group.

For the time being I am still the contact person, and my e-mail address is rlevesquesr.mrs@snet.net. Facsimile and phone number are part of this correspondence.

Your cooperation is appreciated. If you have any questions, please advise.

Sincerely,

*[signature]*
Roland O. Levesque, SR.

Cc: Sam Giglio, Local 40

DESIGN BUILDERS • SPECIALTY CONTRACTORS • BUTLER PREENGINEERED BUILDING SYSTEMS
41 NORTHWEST DRIVE • PLAINVILLE, CT 06062 • (860) 747-4994 • FAX (860) 793-2202
~ An Equal Opportunity Employer ~