# Exhibit D

Attached to Roche Declaration
(Case No. 1:05-CV-01823 CKK)

EMPLOYER CONTRIBUTION INQUIRY

...ployer Nbr      814          Name      MRS ENTERPRISES, INC.
                                          41 NORTHWEST DRIVE
                                          PLAINVILLE    CT   06062

| | Work Month | *** TOTAL *** Billed | *** TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Hours |
|---|---|---|---|---|---|---|---|
| 01) | 1/2001 | 11951.81 | .00 | | 2/12/01 | 7 | 1033.00 |
| 02) | 1/2001 | 6539.76 | .00 | | 2/12/01 | 4 | 586.00 |
| 03) | 1/2001 | 200.25 | .00 | | 2/12/01 | 15 | 2002.50 |
| 04) | 1/2001 | .00 | 11951.81 | 2497 | 2/12/01 | 0 | .00 |
| 05) | 1/2001 | .00 | 6539.76 | 2498 | 2/12/01 | 0 | .00 |
| 06) | 1/2001 | .00 | 200.25 | 2499 | 2/12/01 | 0 | .00 |
| 07) | 2/2001 | 11546.86 | .00 | | 3/15/01 | 6 | 998.00 |
| 08) | 2/2001 | 6818.76 | .00 | | 3/15/01 | 4 | 611.00 |
| 09) | 2/2001 | 212.30 | .00 | | 3/15/01 | 17 | 2123.00 |
| 10) | 2/2001 | .00 | 11546.86 | 2688 | 3/16/01 | 0 | .00 |
| 11) | 2/2001 | .00 | 6818.76 | 2689 | 3/16/01 | 0 | .00 |
| 12) | 2/2001 | .00 | 212.30 | 2690 | 3/16/01 | 0 | .00 |
| 13) | 3/2001 | 10285.73 | .00 | | 4/10/01 | 7 | 889.00 |
| 14) | 3/2001 | 6221.69 | .00 | | 4/10/01 | 4 | 557.50 |
| | TOTALS: | 53777.16 | 37269.74 | | | 64 | 8800.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr      814          Name      MRS ENTERPRISES, INC.
                                          41 NORTHWEST DRIVE
                                          PLAINVILLE    CT   06062

| | Work Month | *** TOTAL *** Billed | *** TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| | 3/2001 | 182.95 | .00 | | 4/10/01 | 16 | 1829.50 |
| ...) | 3/2001 | .00 | 10285.73 | 2893 | 4/10/01 | 0 | .00 |
| | 3/2001 | .00 | 6221.71 | 2894 | 4/10/01 | 0 | .00 |
| | 3/2001 | .00 | 182.95 | 2895 | 4/10/01 | 0 | .00 |
| 19) | 4/2001 | 228.75 | .00 | | 5/10/01 | 17 | 2287.50 |
| 20) | 4/2001 | 8877.77 | .00 | | 5/10/01 | 4 | 795.50 |
| 21) | 4/2001 | 15278.17 | .00 | | 5/10/01 | 7 | 1320.50 |
| 22) | 4/2001 | .00 | 15278.20 | 3152 | 5/09/01 | 0 | .00 |
| 23) | 4/2001 | .00 | 228.75 | 3154 | 5/09/01 | 0 | .00 |
| 24) | 4/2001 | .00 | 8877.79 | 3153 | 5/16/01 | 0 | .00 |
| 25) | 5/2001 | 11766.69 | .00 | | 6/09/01 | 7 | 1017.00 |
| 26) | 5/2001 | 7064.28 | .00 | | 6/09/01 | 4 | 633.00 |
| 27) | 5/2001 | 157.00 | .00 | | 6/09/01 | 15 | 1570.00 |
| 28) | 5/2001 | .00 | 11766.69 | 3358 | 6/11/01 | 0 | .00 |
| | TOTALS: | 97332.77 | 90111.56 | | | 134 | 18253.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr      814          Name      MRS ENTERPRISES, INC.
                                          41 NORTHWEST DRIVE
                                          PLAINVILLE    CT   06062

| | Work Month | *** TOTAL *** Billed | *** TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 29) | 5/2001 | .00 | 7064.28 | 3359 | 6/11/01 | 0 | .00 |
| 30) | 5/2001 | .00 | 157.00 | 3360 | 6/11/01 | 0 | .00 |
| 31) | 6/2001 | 173.95 | .00 | | 7/09/01 | 13 | 1739.50 |
| 32) | 6/2001 | 7259.57 | .00 | | 7/09/01 | 4 | 650.50 |
| 33) | 6/2001 | 11674.13 | .00 | | 7/09/01 | 7 | 1009.00 |
| 34) | 6/2001 | .00 | 11674.13 | 3591 | 7/09/01 | 0 | .00 |
| 35) | 6/2001 | .00 | 7259.59 | 3592 | 7/09/01 | 0 | .00 |
| 36) | 6/2001 | .00 | 173.95 | 3593 | 7/09/01 | 0 | .00 |
| 37) | 7/2001 | 11057.67 | .00 | | 8/13/01 | 6 | 891.75 |
| 38) | 7/2001 | 6726.39 | .00 | | 8/13/01 | 4 | 561.00 |
| 39) | 7/2001 | 174.82 | .00 | | 8/13/01 | 13 | 1748.25 |
| 40) | 7/2001 | .00 | 11057.70 | 3872 | 8/13/01 | 0 | .00 |
| 41) | 7/2001 | .00 | 6726.39 | 3873 | 8/13/01 | 0 | .00 |
| 42) | 7/2001 | .00 | 174.83 | 3874 | 8/13/01 | 0 | .00 |
| | TOTALS: | 134399.30 | 134399.43 | | | 181 | 24853.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
41 NORTHWEST DRIVE
PLAINVILLE    CT    06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 43) | 8/2001 | 200.15 | .00 | | 9/12/01 | 14 | 2001.50 |
| 44) | 8/2001 | 16070.40 | .00 | | 9/12/01 | 6 | 1296.00 |
| 45) | 8/2001 | 8536.88 | .00 | | 9/12/01 | 4 | 712.00 |
| 46) | 8/2001 | .00 | 200.15 | 4061 | 9/12/01 | 0 | .00 |
| 47) | 8/2001 | .00 | 16070.40 | 4059 | 9/12/01 | 0 | .00 |
| 48) | 8/2001 | .00 | 8536.88 | 4060 | 9/12/01 | 0 | .00 |
| 49) | 9/2001 | 7008.14 | .00 | | 10/27/01 | 4 | 584.50 |
| 50) | 9/2001 | 12492.98 | .00 | | 10/27/01 | 6 | 1007.50 |
| 51) | 9/2001 | 177.32 | .00 | | 10/27/01 | 13 | 1773.25 |
| 52) | 9/2001 | .00 | 7008.17 | 4436 | 10/31/01 | 0 | .00 |
| 53) | 9/2001 | .00 | 12493.02 | 4435 | 10/31/01 | 0 | .00 |
| 54) | 9/2001 | .00 | 177.33 | 4437 | 10/31/01 | 0 | .00 |
| 55) | 10/2001 | 9088.42 | .00 | | 11/13/01 | 4 | 758.00 |
| 56) | 10/2001 | 191.15 | .00 | | 11/13/01 | 12 | 1911.50 |
| | TOTALS: | 188164.74 | 178885.38 | | | 244 | 34897.25 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
41 NORTHWEST DRIVE
PLAINVILLE    CT    06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| | 10/2001 | 17775.38 | .00 | | 11/13/01 | 9 | 1433.50 |
| | 10/2001 | .00 | 191.15 | 4615 | 11/14/01 | 0 | .00 |
| | 10/2001 | .00 | 9088.42 | 4614 | 11/14/01 | 0 | .00 |
| | 10/2001 | .00 | 17775.42 | 4613 | 11/14/01 | 0 | .00 |
| 61) | 11/2001 | 14136.00 | .00 | | 12/14/01 | 8 | 1140.00 |
| 62) | 11/2001 | 7283.91 | .00 | | 12/14/01 | 4 | 607.50 |
| 63) | 11/2001 | 138.80 | .00 | | 12/14/01 | 11 | 1388.00 |
| 64) | 11/2001 | .00 | 14136.00 | 4825 | 12/14/01 | 0 | .00 |
| 65) | 11/2001 | .00 | 7283.94 | 4826 | 12/14/01 | 0 | .00 |
| 66) | 11/2001 | .00 | 138.80 | 4827 | 12/14/01 | 0 | .00 |
| 67) | 12/2001 | 160.10 | .00 | | 1/19/02 | 10 | 1601.00 |
| 68) | 12/2001 | 11600.31 | .00 | | 1/22/02 | 5 | 967.50 |
| 69) | 12/2001 | 19982.58 | .00 | | 1/19/02 | 8 | 1611.50 |
| 70) | 12/2001 | .00 | 19982.62 | 5051 | 1/22/02 | 0 | .00 |
| | TOTALS: | 259241.82 | 247481.73 | | | 299 | 43646.25 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
41 NORTHWEST DRIVE
PLAINVILLE    CT    06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 71) | 12/2001 | .00 | 11600.34 | 5052 | 1/22/02 | 0 | .00 |
| 72) | 12/2001 | .00 | 160.10 | 5053 | 1/22/02 | 0 | .00 |
| | TOTALS: | 259241.82 | 259242.17 | | | 299 | 43646.25 |

CONTINUE?(Y/N)    N

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814            Name        MRS ENTERPRISES, INC.
                                               41 NORTHWEST DRIVE
                                               PLAINVILLE        CT    06062

|  | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 01) | 1/2002 | 20274.00 | .00 |  | 2/28/02 | 10 | 1635.00 |
| 02) | 1/2002 | 14190.15 | .00 |  | 3/01/02 | 6 | 1183.50 |
| 03) | 1/2002 | 161.35 | .00 |  | 2/28/02 | 10 | 1613.50 |
| 04) | 1/2002 | .00 | 20274.00 | 5382 | 2/28/02 | 0 | .00 |
| 05) | 1/2002 | .00 | 161.35 | 5390 | 2/28/02 | 0 | .00 |
| 06) | 1/2002 | .00 | 14190.18 | 5383 | 3/01/02 | 0 | .00 |
| 07) | 2/2002 | 141.35 | .00 |  | 3/11/02 | 9 | 1413.50 |
| 08) | 2/2002 | 11174.68 | .00 |  | 3/11/02 | 6 | 932.00 |
| 09) | 2/2002 | 23944.40 | .00 |  | 3/11/02 | 12 | 1931.00 |
| 10) | 2/2002 | .00 | 141.35 | 5526 | 3/12/02 | 0 | .00 |
| 11) | 2/2002 | .00 | 11174.68 | 5525 | 3/12/02 | 0 | .00 |
| 12) | 2/2002 | .00 | 23944.40 | 5524 | 3/12/02 | 0 | .00 |
| 13) | 3/2002 | 26325.20 | .00 |  | 4/16/02 | 12 | 2123.00 |
| 14) | 3/2002 | 12535.53 | .00 |  | 4/16/02 | 6 | 1045.50 |
| | TOTALS: | 108746.66 | 69885.96 |  |  | 71 | 11877.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814            Name        MRS ENTERPRISES, INC.
                                               41 NORTHWEST DRIVE
                                               PLAINVILLE        CT    06062

|  | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
|  | 3/2002 | 154.25 | .00 |  | 4/16/02 | 9 | 1542.50 |
|  | 3/2002 | .00 | 26325.20 | 5778 | 4/16/02 | 0 | .00 |
|  | 3/2002 | .00 | 12535.54 | 5779 | 4/16/02 | 0 | .00 |
|  | 3/2002 | .00 | 154.25 | 5780 | 4/16/02 | 0 | .00 |
| 19) | 4/2002 | 152.30 | .00 |  | 5/15/02 | 11 | 1523.00 |
| 20) | 4/2002 | 11168.67 | .00 |  | 5/15/02 | 6 | 931.50 |
| 21) | 4/2002 | 19046.40 | .00 |  | 5/15/02 | 10 | 1536.00 |
| 22) | 4/2002 | .00 | 152.30 | 6019 | 5/16/02 | 0 | .00 |
| 23) | 4/2002 | .00 | 11168.68 | 6018 | 5/16/02 | 0 | .00 |
| 24) | 4/2002 | .00 | 19046.40 | 6017 | 5/16/02 | 0 | .00 |
| 25) | 5/2002 | 18451.20 | .00 |  | 6/13/02 | 8 | 1488.00 |
| 26) | 5/2002 | 12055.93 | .00 |  | 6/13/02 | 6 | 1005.50 |
| 27) | 5/2002 | .00 | 18451.20 | 6226 | 6/13/02 | 0 | .00 |
| 28) | 5/2002 | .00 | 12055.95 | 6222 | 6/13/02 | 0 | .00 |
| | TOTALS: | 169775.41 | 169775.48 |  |  | 121 | 19903.50 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814            Name        MRS ENTERPRISES, INC.
                                               41 NORTHWEST DRIVE
                                               PLAINVILLE        CT    06062

|  | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 29) | 5/2002 | 7254.60 | .00 |  | 6/20/02 | 7 | 1284.00 |
| 30) | 5/2002 | .00 | 178.60 | 6235 | 6/20/02 | 0 | .00 |
| 31) | 5/2002 | 50.20 | .00 |  | 6/20/02 | 3 | 502.00 |
| 32) | 5/2002 | .00 | 7126.20 | 6288 | 8/01/02 | 0 | .00 |
| 33) | 5/2002 | .00 | 50.20- |  | 6/20/02 | 0 | .00 |
| 34) | 5/2002 | .00 | 50.20 |  | 6/20/02 | 0 | .00 |
| 35) | 6/2002 | 6073.75 | .00 |  | 7/08/02 | 7 | 1075.00 |
| ) | 6/2002 | 14991.60 | .00 |  | 7/08/02 | 8 | 1209.00 |
| ) | 6/2002 | 9975.68 | .00 |  | 7/08/02 | 6 | 832.00 |
|  | 6/2002 | .00 | 14991.60 | 6361 | 7/10/02 | 0 | .00 |
|  | 6/2002 | .00 | 9975.68 | 6362 | 7/10/02 | 0 | .00 |
| 40) | 6/2002 | .00 | 123.60 | 6363 | 7/10/02 | 0 | .00 |
| 41) | 6/2002 | 16.10 | .00 |  | 7/08/02 | 3 | 161.00 |
| 42) | 6/2002 | .00 | 5966.25 | 6366 | 8/01/02 | 0 | .00 |
| | TOTALS: | 208137.34 | 208137.41 |  |  | 155 | 24966.50 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

.loyer Nbr      814         Name      MRS ENTERPRISES, INC.
                                      41 NORTHWEST DRIVE
                                      PLAINVILLE      CT   06062

| | Work Month | *** Billed | TOTAL Remitted | *** | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|---|
| 43) | 6/2002 | .00 | 16.10- | | | 7/08/02 | 0 | .00 |
| 44) | 6/2002 | .00 | 16.10 | | | 7/08/02 | 0 | .00 |
| 45) | 7/2002 | 5860.95 | .00 | | | 8/13/02 | 7 | 953.00 |
| 46) | 7/2002 | 9944.18 | .00 | | | 8/13/02 | 6 | 746.00 |
| 47) | 7/2002 | 9457.44 | .00 | | | 8/13/02 | 6 | 732.00 |
| 48) | 7/2002 | .00 | 9944.18 | | 6530 | 8/13/02 | 0 | .00 |
| 49) | 7/2002 | .00 | 9457.44 | | 6531 | 8/13/02 | 0 | .00 |
| 50) | 7/2002 | .00 | 5765.65 | | 6533 | 8/13/02 | 0 | .00 |
| 51) | 7/2002 | .00 | 95.30 | | 6532 | 8/13/02 | 0 | .00 |
| 52) | 8/2002 | 9580.17 | .00 | | | 9/14/02 | 6 | 741.50 |
| 53) | 8/2002 | 11317.17 | .00 | | | 9/14/02 | 6 | 849.00 |
| 54) | 8/2002 | 5725.65 | .00 | | | 9/14/02 | 7 | 931.00 |
| 55) | 8/2002 | .00 | 11317.17 | | 6706 | 9/16/02 | 0 | .00 |
| 56) | 8/2002 | .00 | 5725.65 | | 6708 | 9/16/02 | 0 | .00 |
| | TOTALS: | 260022.90 | 250442.80 | | | | 193 | 29919.00 |

Continue Next Screen (Y/N) Y


EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr      814         Name      MRS ENTERPRISES, INC.
                                        41 NORTHWEST DRIVE
                                        PLAINVILLE      CT   06062

| | Work Month | *** Billed | TOTAL Remitted | *** | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|---|
| | 8/2002 | .00 | 9580.19 | | 6707 | 9/16/02 | 0 | .00 |
| | 9/2002 | 6352.95 | .00 | | | 10/15/02 | 7 | 1033.00 |
| | 9/2002 | 9941.93 | .00 | | | 10/15/02 | 6 | 769.50 |
| | 9/2002 | 12143.63 | .00 | | | 10/15/02 | 6 | 911.00 |
| 61) | 9/2002 | .00 | 12143.63 | | 6865 | 10/15/02 | 0 | .00 |
| 62) | 9/2002 | .00 | 9941.95 | | 6866 | 10/15/02 | 0 | .00 |
| 63) | 9/2002 | ..00 | 6352.95 | | 6867 | 10/15/02 | 0 | .00 |
| 64) | 10/2002 | .00 | 3084.23 | | 6988 | 11/12/02 | 0 | .00 |
| 65) | 10/2002 | .00 | 5717.10 | | 6988 | 11/12/02 | 0 | .00 |
| 66) | 10/2002 | .00 | 9530.95 | | 6988 | 11/12/02 | 0 | .00 |
| 67) | 10/2002 | 3084.22 | .00 | | | 11/09/02 | 6 | 501.50 |
| 68) | 10/2002 | 5717.09 | .00 | | | 11/09/02 | 4 | 442.50 |
| 69) | 10/2002 | 9530.95 | .00 | | | 11/09/02 | 6 | 715.00 |
| 70) | 11/2002 | 1143.90 | .00 | | | 12/07/02 | 2 | 186.00 |
| | TOTALS: | 307937.57 | 306793.80 | | | | 230 | 34477.50 |

Continue Next Screen (Y/N) Y


EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr      814         Name      MRS ENTERPRISES, INC.
                                        41 NORTHWEST DRIVE
                                        PLAINVILLE      CT   06062

| | Work Month | *** Billed | TOTAL Remitted | *** | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|---|
| 71) | 11/2002 | 4865.45 | .00 | | | 12/07/02 | 3 | 365.00 |
| 72) | 11/2002 | 3152.48 | .00 | | | 12/07/02 | 2 | 244.00 |
| 73) | 11/2002 | .00 | 1143.90 | | 7130 | 12/09/02 | 0 | .00 |
| 74) | 11/2002 | .00 | 4865.45 | | 7130 | 12/09/02 | 0 | .00 |
| 75) | 11/2002 | .00 | 3152.48 | | 7130 | 12/09/02 | 0 | .00 |
| 76) | 12/2002 | 759.52 | .00 | | | 1/14/03 | 1 | 123.50 |
| 77) | 12/2002 | 4948.36 | .00 | | | 1/14/03 | 3 | 383.00 |
| ) | 12/2002 | 5831.86 | .00 | | | 1/14/03 | 4 | 437.50 |
| ) | 12/2002 | .00 | 759.53 | | 7276 | 1/15/03 | 0 | .00 |
| 0) | 12/2002 | .00 | 4948.36 | | 7276 | 1/15/03 | 0 | .00 |
| 1) | 12/2002 | .00 | 5831.89 | | 7276 | 1/15/03 | 0 | .00 |
| | TOTALS: | 327495.24 | 327495.41 | | | | 243 | 36030.50 |

CONTINUE? (Y/N)   N

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
                                41 NORTHWEST DRIVE
                                PLAINVILLE    CT    06062

| | Work Month | *** TOTAL ***<br>Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 01) | 1/2003 | .00 | 1011.68 | 7431 | 2/11/03 | 0 | .00 |
| 02) | 1/2003 | .00 | 6905.74 | 7431 | 2/11/03 | 0 | .00 |
| 03) | 1/2003 | .00 | 8157.96 | 7431 | 2/11/03 | 0 | .00 |
| 04) | 1/2003 | 8157.96 | .00 | | 2/11/03 | 4 | 612.00 |
| 05) | 1/2003 | 6905.73 | .00 | | 2/11/03 | 3 | 534.50 |
| 06) | 1/2003 | 1011.67 | .00 | | 2/11/03 | 1 | 164.50 |
| 07) | 2/2003 | 639.60 | .00 | | 3/13/03 | 1 | 104.00 |
| 08) | 2/2003 | 5206.76 | .00 | | 3/13/03 | 3 | 403.00 |
| 09) | 2/2003 | 6511.69 | .00 | | 3/13/03 | 4 | 488.50 |
| 10) | 2/2003 | .00 | 639.60 | 7588 | 3/17/03 | 0 | .00 |
| 11) | 2/2003 | .00 | 5206.76 | 7588 | 3/17/03 | 0 | .00 |
| 12) | 2/2003 | .00 | 6511.72 | 7588 | 3/17/03 | 0 | .00 |
| 13) | 3/2003 | 7344.83 | .00 | | 4/16/03 | 4 | 551.00 |
| 14) | 3/2003 | 6175.76 | .00 | | 4/16/03 | 4 | 478.00 |
| | TOTALS: | 41954.00 | 28433.46 | | | 24 | 3335.50 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
                                41 NORTHWEST DRIVE
                                PLAINVILLE    CT    06062

| | Work Month | *** TOTAL ***<br>Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| | 3/2003 | 1346.85 | .00 | | 4/16/03 | 2 | 219.00 |
| | 3/2003 | .00 | 7344.83 | 7765 | 4/16/03 | 0 | .00 |
| | 3/2003 | .00 | 6175.76 | 7765 | 4/16/03 | 0 | .00 |
| | 3/2003 | .00 | 1346.85 | 7765 | 4/16/03 | 0 | .00 |
| 19) | 4/2003 | 1752.75 | .00 | | 5/05/03 | 2 | 285.00 |
| 20) | 4/2003 | 9224.36 | .00 | | 5/05/03 | 5 | 692.00 |
| 21) | 4/2003 | 8010.40 | .00 | | 5/05/03 | 5 | 620.00 |
| 22) | 4/2003 | .00 | 1752.75 | 7861 | 5/05/03 | 0 | .00 |
| 23) | 4/2003 | .00 | 9224.36 | 7861 | 5/05/03 | 0 | .00 |
| 24) | 4/2003 | .00 | 8010.40 | 7861 | 5/05/03 | 0 | .00 |
| 25) | 5/2003 | 4370.17 | .00 | | 6/09/03 | 3 | 338.25 |
| 26) | 5/2003 | 9614.23 | .00 | | 6/09/03 | 6 | 721.25 |
| 27) | 5/2003 | 1706.62 | .00 | | 6/09/03 | 2 | 277.50 |
| 28) | 5/2003 | .00 | 4370.19 | 8062 | 6/10/03 | 0 | .00 |
| | TOTALS: | 77979.38 | 66658.60 | | | 49 | 6488.50 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
                                41 NORTHWEST DRIVE
                                PLAINVILLE    CT    06062

| | Work Month | *** TOTAL ***<br>Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 29) | 5/2003 | .00 | 9614.26 | 8062 | 6/10/03 | 0 | .00 |
| 30) | 5/2003 | .00 | 1706.63 | 8062 | 6/10/03 | 0 | .00 |
| 31) | 6/2003 | 2496.90 | .00 | | 7/10/03 | 3 | 406.00 |
| 32) | 6/2003 | 3966.44 | .00 | | 7/10/03 | 2 | 307.00 |
| 33) | 6/2003 | 11803.70 | .00 | | 7/10/03 | 6 | 885.50 |
| 34) | 6/2003 | .00 | 2496.90 | 8219 | 7/10/03 | 0 | .00 |
| 35) | 6/2003 | .00 | 3966.44 | 8219 | 7/10/03 | 0 | .00 |
| | 6/2003 | .00 | 11803.71 | 8219 | 7/10/03 | 0 | .00 |
| | 7/2003 | 17677.60 | .00 | | 8/19/03 | 6 | 1163.00 |
| 9) | 7/2003 | 8740.89 | .00 | | 8/19/03 | 5 | 591.00 |
| 3) | 7/2003 | 3926.25 | .00 | | 8/19/03 | 3 | 523.50 |
| 40) | 7/2003 | .00 | 16921.64 | 8414 | 8/19/03 | 0 | .00 |
| 41) | 7/2003 | .00 | 8356.74 | 8414 | 8/19/03 | 0 | .00 |
| 42) | 7/2003 | .00 | 3926.25 | 8414 | 8/19/03 | 0 | .00 |
| | TOTALS: | 126591.16 | 125451.17 | | | 74 | 10364.50 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

loyer Nbr       814          Name       MRS ENTERPRISES, INC.
                                        41 NORTHWEST DRIVE
                                        PLAINVILLE      CT   06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 43) | 7/2003 | .00 | 755.94 | 10661 | 8/20/03 | 0 | .00 |
| 44) | 7/2003 | .00 | 384.15 | 10661 | 8/20/03 | 0 | .00 |
| 45) | 8/2003 | 3427.50 | .00 | | 9/18/03 | 3 | 457.00 |
| 46) | 8/2003 | 13000.41 | .00 | | 9/18/03 | 6 | 879.00 |
| 47) | 8/2003 | 15298.78 | .00 | | 9/18/03 | 6 | 1006.50 |
| 48) | 8/2003 | .00 | 3427.50 | 8578 | 9/18/03 | 0 | .00 |
| 49) | 8/2003 | .00 | 15298.81 | 8578 | 9/18/03 | 0 | .00 |
| 50) | 8/2003 | .00 | .03- | | 9/18/03 | 0 | .00 |
| 51) | 8/2003 | .00 | .03 | | 9/18/03 | 0 | .00 |
| 52) | 8/2003 | .00 | 12800.41 | 8578 | 9/18/03 | 0 | .00 |
| 53) | 8/2003 | .00 | 199.97 | 8935 | 11/17/03 | 0 | .00 |
| 54) | 9/2003 | 16932.80 | .00 | | 10/17/03 | 7 | 1114.00 |
| 55) | 9/2003 | 12283.08 | .00 | | 10/17/03 | 5 | 830.50 |
| 56) | 9/2003 | 4346.25 | .00 | | 10/17/03 | 3 | 579.50 |
| | TOTALS: | 191879.98 | 158317.95 | | | 104 | 15231.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814          Name       MRS ENTERPRISES, INC.
                                        41 NORTHWEST DRIVE
                                        PLAINVILLE      CT   06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| | 9/2003 | .00 | 16932.79 | 8775 | 10/17/03 | 0 | .00 |
| | 9/2003 | .00 | 12283.11 | 8775 | 10/17/03 | 0 | .00 |
| | 9/2003 | .00 | 4346.25 | 8775 | 10/17/03 | 0 | .00 |
| 61) | 10/2003 | 4935.00 | .00 | | 11/17/03 | 4 | 658.00 |
| | 10/2003 | 9062.54 | .00 | | 11/17/03 | 4 | 612.75 |
| 62) | 10/2003 | 18703.58 | .00 | | 11/17/03 | 10 | 1230.50 |
| 63) | 10/2003 | .00 | 4935.00 | 8935 | 11/17/03 | 0 | .00 |
| 64) | 10/2003 | .00 | 9062.54 | 8935 | 11/17/03 | 0 | .00 |
| 65) | 10/2003 | .00 | 18703.67 | 8935 | 11/17/03 | 0 | .00 |
| 66) | 11/2003 | 24107.20 | .00 | | 12/22/03 | 16 | 1586.00 |
| 67) | 11/2003 | 7938.50 | .00 | | 12/22/03 | 3 | 536.75 |
| 68) | 11/2003 | 3997.50 | .00 | | 12/22/03 | 3 | 533.00 |
| 69) | 11/2003 | .00 | 24107.19 | 9196 | 12/22/03 | 0 | .00 |
| 70) | 11/2003 | .00 | 7938.53 | 9196 | 12/22/03 | 0 | .00 |
| | TOTALS: | 260624.30 | 256627.03 | | | 144 | 20388.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814          Name       MRS ENTERPRISES, INC.
                                        41 NORTHWEST DRIVE
                                        PLAINVILLE      CT   06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 71) | 11/2003 | .00 | 3997.50 | 9196 | 12/22/03 | 0 | .00 |
| 72) | 11/2003 | 3739.20- | .00 | | 2/11/04 | 7 | 246.00- |
| 73) | 11/2003 | .00 | 3739.20- | 2992 | 4/03/04 | 0 | .00 |
| 74) | 12/2003 | 13733.18 | .00 | | 1/27/04 | 7 | 903.50 |
| 75) | 12/2003 | 7912.65 | .00 | | 1/27/04 | 3 | 535.00 |
| 76) | 12/2003 | 4511.25 | .00 | | 1/27/04 | 4 | 601.50 |
| 77) | 12/2003 | .00 | 13733.21 | 9426 | 2/09/04 | 0 | .00 |
| | 12/2003 | .00 | 7912.65 | 9426 | 2/09/04 | 0 | .00 |
| | 12/2003 | .00 | 4511.25 | 9426 | 2/09/04 | 0 | .00 |
| | TOTALS: | 283042.18 | 283042.44 | | | 165 | 22182.00 |

CONTINUE? (Y/N)   N

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814            Name        MRS ENTERPRISES, INC.
                                               41 NORTHWEST DRIVE
                                               PLAINVILLE      CT   06062

| | Work Month | *** TOTAL *** Billed | *** TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 01) | 1/2004 | 6292.50 | .00 | | 3/15/04 | 5 | 839.00 |
| 02) | 1/2004 | 9742.88 | .00 | | 3/15/04 | 3 | 658.75 |
| 03) | 1/2004 | 15526.78 | .00 | | 3/15/04 | 6 | 1021.50 |
| 04) | 1/2004 | .00 | 6292.50 | 9628 | 3/30/04 | 0 | .00 |
| 05) | 1/2004 | .00 | 9742.91 | 9628 | 3/30/04 | 0 | .00 |
| 06) | 1/2004 | .00 | 15526.81 | 9628 | 3/30/04 | 0 | .00 |
| 07) | 2/2004 | 7298.85 | .00 | | 3/24/04 | 3 | 493.50 |
| 08) | 2/2004 | 5823.75 | .00 | | 3/24/04 | 5 | 776.50 |
| 09) | 2/2004 | 13565.98 | .00 | | 3/24/04 | 7 | 892.50 |
| 10) | 2/2004 | .00 | 5823.75 | 9820 | 5/03/04 | 0 | .00 |
| 11) | 2/2004 | .00 | 7298.88 | 9820 | 5/03/04 | 0 | .00 |
| 12) | 2/2004 | .00 | 13566.01 | 9820 | 5/03/04 | 0 | .00 |
| 13) | 3/2004 | 10062.40 | .00 | | 4/15/04 | 5 | 662.00 |
| 14) | 3/2004 | 7546.58 | .00 | | 4/15/04 | 3 | 510.25 |
| | TOTALS: | 75859.72 | 58250.86 | | | 37 | 5854.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814            Name        MRS ENTERPRISES, INC.
                                               41 NORTHWEST DRIVE
                                               PLAINVILLE      CT   06062

| | Work Month | *** TOTAL *** Billed | *** TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 15) | 3/2004 | 5658.75 | .00 | | 4/15/04 | 5 | 754.50 |
| | 3/2004 | .00 | 10062.40 | 9910009 | 6/10/04 | 0 | .00 |
| | 3/2004 | .00 | 7546.58 | 9910009 | 6/10/04 | 0 | .00 |
| | 3/2004 | .00 | 5658.75 | 9910009 | 6/10/04 | 0 | .00 |
| 19) | 4/2004 | 8504.38 | .00 | | 5/18/04 | 4 | 559.50 |
| 20) | 4/2004 | 6788.61 | .00 | | 5/18/04 | 3 | 459.00 |
| 21) | 4/2004 | 5002.50 | .00 | | 5/18/04 | 5 | 667.00 |
| 22) | 4/2004 | .00 | 8504.41 | 9910062 | 6/21/04 | 0 | .00 |
| 23) | 4/2004 | .00 | 6788.61 | 9910062 | 6/21/04 | 0 | .00 |
| 24) | 4/2004 | .00 | 5002.50 | 9910062 | 6/21/04 | 0 | .00 |
| 25) | 5/2004 | 4380.00 | .00 | | 6/09/04 | 4 | 584.00 |
| 26) | 5/2004 | 7298.85 | .00 | | 6/09/04 | 3 | 493.50 |
| 27) | 5/2004 | 8420.80 | .00 | | 6/09/04 | 4 | 554.00 |
| 28) | 5/2004 | .00 | 4380.00 | 9910282 | 7/19/04 | 0 | .00 |
| | TOTALS: | 121913.61 | 106194.11 | | | 65 | 9925.50 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814            Name        MRS ENTERPRISES, INC.
                                               41 NORTHWEST DRIVE
                                               PLAINVILLE      CT   06062

| | Work Month | *** TOTAL *** Billed | *** TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 29) | 5/2004 | .00 | 7298.88 | 9910282 | 7/19/04 | 0 | .00 |
| 30) | 5/2004 | .00 | .03- | | 6/09/04 | 0 | .00 |
| 31) | 5/2004 | .00 | .03 | | 6/09/04 | 0 | .00 |
| 32) | 5/2004 | .00 | 8420.79 | 9910282 | 7/19/04 | 0 | .00 |
| 33) | 6/2004 | 9659.58 | .00 | | 7/13/04 | 6 | 635.50 |
| 34) | 6/2004 | 7912.65 | .00 | | 7/13/04 | 3 | 535.00 |
| 35) | 6/2004 | 5535.00 | .00 | | 7/13/04 | 4 | 738.00 |
| 36) | 6/2004 | .00 | 7912.65 | 9910401 | 8/18/04 | 0 | .00 |
| | 6/2004 | .00 | 5535.00 | 9910401 | 8/18/04 | 0 | .00 |
| | 6/2004 | .00 | 9659.61 | 9910401 | 8/18/04 | 0 | .00 |
| 39) | 7/2004 | 6728.85 | .00 | | 8/20/04 | 5 | 787.00 |
| 40) | 7/2004 | 8643.39 | .00 | | 8/20/04 | 3 | 521.00 |
| 41) | 7/2004 | 12503.48 | .00 | | 8/20/04 | 7 | 735.50 |
| 42) | 7/2004 | .00 | 6728.85 | 9910620 | 9/20/04 | 0 | .00 |
| | TOTALS: | 172896.56 | 151749.89 | | | 93 | 13877.50 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
41 NORTHWEST DRIVE
PLAINVILLE    CT    06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 43) | 7/2004 | .00 | 8643.39 | 9910620 | 9/20/04 | 0 | .00 |
| 44) | 7/2004 | .00 | 12503.51 | 9910620 | 9/20/04 | 0 | .00 |
| 45) | 8/2004 | 7794.48 | .00 | | 9/17/04 | 3 | 458.50 |
| 46) | 8/2004 | 7457.19 | .00 | | 9/17/04 | 3 | 449.50 |
| 47) | 8/2004 | 6656.17 | .00 | | 9/17/04 | 5 | 778.50 |
| 48) | 8/2004 | .00 | 7794.55 | 9910778 | 10/21/04 | 0 | .00 |
| 49) | 8/2004 | .00 | 7457.19 | 9910778 | 10/21/04 | 0 | .00 |
| 50) | 8/2004 | .00 | 6656.17 | 9910778 | 10/21/04 | 0 | .00 |
| 51) | 9/2004 | 6002.10 | .00 | | 10/11/04 | 5 | 702.00 |
| 52) | 9/2004 | 7772.40 | .00 | | 10/11/04 | 3 | 468.50 |
| 53) | 9/2004 | 7777.48 | .00 | | 10/11/04 | 3 | 457.50 |
| 54) | 9/2004 | 108.00 | .00 | | 10/11/04 | 2 | 72.00 |
| 55) | 9/2004 | .00 | 6002.10 | 9910933 | 12/02/04 | 0 | .00 |
| 56) | 9/2004 | .00 | 7772.40 | 9910933 | 12/02/04 | 0 | .00 |
| | TOTALS: | 216464.38 | 208579.20 | | | 117 | 17264.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
41 NORTHWEST DRIVE
PLAINVILLE    CT    06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 57) | 9/2004 | .00 | 7777.53 | 9910933 | 12/02/04 | 0 | .00 |
| | 9/2004 | .00 | 108.00 | 9910933 | 12/02/04 | 0 | .00 |
| | 10/2004 | 507.00 | .00 | | 11/18/04 | 2 | 338.00 |
| | 10/2004 | 3018.15 | .00 | | 11/18/04 | 2 | 353.00 |
| 61) | 10/2004 | 29488.71 | .00 | | 11/18/04 | 9 | 1777.50 |
| 62) | 10/2004 | .00 | 507.00 | 9911156 | 1/20/05 | 0 | .00 |
| 63) | 10/2004 | .00 | 3018.15 | 9911156 | 1/20/05 | 0 | .00 |
| 64) | 10/2004 | .00 | 29488.74 | 9911156 | 1/20/05 | 0 | .00 |
| 65) | 10/2004 | .00 | .03- | | 11/18/04 | 0 | .00 |
| 66) | 11/2004 | 25955.04 | .00 | | 12/02/04 | 10 | 1564.50 |
| 67) | 11/2004 | 754.47 | .00 | | 12/02/04 | 2 | 101.00 |
| 68) | 11/2004 | 1370.13 | .00 | | 12/02/04 | 1 | 160.25 |
| 69) | 11/2004 | .00 | 1370.13 | 9911217 | 2/01/05 | 0 | .00 |
| 70) | 11/2004 | .00 | 754.47 | 9911217 | 2/01/05 | 0 | .00 |
| | TOTALS: | 277557.88 | 251603.19 | | | 143 | 21558.25 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr    814    Name    MRS ENTERPRISES, INC.
41 NORTHWEST DRIVE
PLAINVILLE    CT    06062

| | Work Month | *** TOTAL *** Billed | Remitted | Check Number | Receipt Date | Part Count | Total Units |
|---|---|---|---|---|---|---|---|
| 71) | 11/2004 | .00 | 25954.05 | 9911217 | 2/01/05 | 0 | .00 |
| 72) | 11/2004 | .00 | .03 | | 11/18/04 | 0 | .00 |
| 73) | 12/2004 | 1060.20 | .00 | | 1/17/05 | 1 | 124.00 |
| 74) | 12/2004 | 21724.59 | .00 | | 1/17/05 | 10 | 1309.50 |
| 75) | 12/2004 | .00 | 1060.20 | 9911409 | 3/17/05 | 0 | .00 |
| 76) | 12/2004 | .00 | 21724.60 | 9911409 | 3/17/05 | 0 | .00 |
| | TOTALS: | 300342.67 | 300342.07 | | | 154 | 22991.75 |

CONTINUE?(Y/N)    N

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814         Name        MRS ENTERPRISES, INC.
                                            41 NORTHWEST DRIVE
                                            PLAINVILLE     CT   06062

|     | Work Month | *** Billed | TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Units |
|-----|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| 01) | 1/2005 | 13869.24 | .00 |         | 2/09/05 | 7 | 836.00 |
| 02) | 1/2005 | 957.60 | .00 |         | 2/09/05 | 1 | 112.00 |
| 03) | 1/2005 | .00 | 957.60 | 9911509 | 4/06/05 | 0 | .00 |
| 04) | 1/2005 | .00 | 13869.22 | 9911509 | 4/06/05 | 0 | .00 |
| 05) | 2/2005 | 1261.12 | .00 |         | 3/15/05 | 1 | 147.50 |
| 06) | 2/2005 | 13587.21 | .00 |         | 3/15/05 | 6 | 819.00 |
| 07) | 2/2005 | .00 | 1261.12 | 9911620 | 5/02/05 | 0 | .00 |
| 08) | 2/2005 | .00 | 13587.22 | 9911620 | 5/02/05 | 0 | .00 |
| 09) | 3/2005 | 14118.09 | .00 |         | 4/18/05 | 6 | 851.00 |
| 10) | 3/2005 | 1051.65 | .00 |         | 4/18/05 | 1 | 123.00 |
| 11) | 3/2005 | .00 | 14118.09 | 9911805 | 6/28/05 | 0 | .00 |
| 12) | 3/2005 | .00 | 1051.65 | 9911805 | 6/28/05 | 0 | .00 |
| 13) | 4/2005 | 1064.47 | .00 |         | 5/20/05 | 1 | 124.50 |
| 14) | 4/2005 | 11048.94 | .00 |         | 5/20/05 | 6 | 666.00 |
|     | TOTALS: | 56958.32 | 44844.90 |         |         | 29 | 3679.00 |

Continue Next Screen (Y/N) Y

EMPLOYER CONTRIBUTION INQUIRY

Employer Nbr        814         Name        MRS ENTERPRISES, INC.
                                            41 NORTHWEST DRIVE
                                            PLAINVILLE     CT   06062

|     | Work Month | *** Billed | TOTAL *** Remitted | Check Number | Receipt Date | Part Count | Total Units |
|-----|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| 15) | 4/2005 | .00 | 1064.47 | 9911830 | 7/01/05 | 0 | .00 |
|     | 4/2005 | .00 | 11048.95 | 9911830 | 7/01/05 | 0 | .00 |
|     | 5/2005 | 1088.00 | .00 |         | 6/16/05 | 2 | 64.00 |
|     | 5/2005 | 5109.72 | .00 |         | 6/16/05 | 2 | 308.00 |
| 19) | 5/2005 | 1008.90 | .00 |         | 6/16/05 | 1 | 118.00 |
| 20) | 6/2005 | 9000.05 | .00 |         | 7/12/05 | 3 | 542.50 |
|     | TOTALS: | 73164.99 | 56958.32 |         |         | 37 | 4711.50 |

CONTINUE?(Y/N)   N