# Exhibit E

Attached to Roche Declaration
(Case No. 1:05-CV-01823 CKK)

**MRS ENTERPRISES, INC.**

December 22, 2004

Mr. David Roche
Business Manager
Sheet Metal Workers International Association
Local 40
100-A Old Forge Road
Rocky Hill, CT 06067

Dear Mr. Roche,

We are proud of our 18 year history with the Sheet Metal Workers International Association, having contributed over $ 25 million dollars in wages and benefits to its members.

Unfortunately, we have not received a suitable response from the Sheet Metal Workers International Association (SMWIA) to our grievance against the SMWIA with respect to the financial harm caused to our firm by the SMWIA on the Delta Terminal A project at Logan Airport, Boston, Massachusetts.

In addition, the local and national representatives of the SMWIA have failed to enact a comprehensive plan for market recovery within New England to ensure that MRS Enterprises Inc, by employing members SMWIA, remains competitive with other trades.

Pursuant to Article XV of the Sheet Metal Workers International Association Local Union No.40 and The Associated Sheet Metal and Roofing Contractors of Connecticut-Standard Form of Union Agreement and Addenda, we herby give our notice to terminate the Agreement on the stipulated expiration date.

Thank you.

Sincerely,

*Roland O Levesque*
Roland O Levesque Sr.

cc: C. Mitchell Sorensen, Executive Director - ASMRCC

**DESIGN BUILDERS • SPECIALTY CONTRACTORS • BUTLER PREENGINEERED BUILDING SYSTEMS**
**41 NORTHWEST DRIVE • PLAINVILLE, CT 06062 • (860) 747-4994 • FAX (860) 793-2202**
~ An Equal Opportunity Employer ~