# Exhibit F

Attached to Roche Declaration
(Case No. 1:05-CV-01823 CKK)

# Sheet Metal Workers' International Association



Local Union          No. Forty

Hartford, New Haven, Middlesex, Tolland, Windham, New London Counties, State of Connecticut and Fisher's Island, State of N.Y.

100-A OLD FORGE ROAD • ROCKY HILL, CONNECTICUT 06067
Telephone: (860) 529-2616 • (CT Only) 1-800-201-5840 • FAX: (860) 529-3177

May 17, 2005

MRS Enterprises
41 Northwest Drive
Plainville, CT 06062

Roland and Steven Levesque:

At this time, Sheet Metal Workers' Local Union #40 would like to request a negotiations meeting in reference to our upcoming contract which will expire on June 31, 2005. Please notify us before the end of May if you are interested in discussing possible resolutions pertaining to the new contract.

Your prompt response is greatly appreciated.

Sincerely,

David A. Roche
Business Manager
Sheet Metal Workers' Local Union #40

BE UNION   BUY AMERICAN

[Certified Mail Receipt and Return Receipt attached]

Sent To: MRS (Roland/Steven Levesque)
Street: 41 Northwest Dr.
City, State, ZIP: Plainville, CT 06062

D.R. RE: Negotiation Mtg. Request

Date of Delivery: 5/19/05