**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

          v.                    Case No. 1:05-CV-01823 CKK

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,
LOCAL 40,

    Defendants and Counterclaimant.
_____/

**ENTRY OF APPEARANCE**

The undersigned hereby enter their appearance as counsel for Defendant Sheet Metal Workers' International Association Local 40 in this action.

Dated: November 17, 2005    Respectfully submitted,

                                                         s/ Michael T. Anderson
                                        Michael T. Anderson (DC Bar 459617)
                                        Arlus J. Stephens (DC Bar 478938)
                                        Davis, Cowell & Bowe LLP
                                        1701 K Street NW, Suite 210
                                        Washington, DC 20006
                                        (202) 223-2620
                                        (202) 223-8651 (fax)

                                        Attorneys of Record for Sheet Metal Workers'
                                        International Association Local 40