UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


M.R.S. ENTERPRISES, INC.                 )
        Plaintiff                          )
                                         )
VS.                                   )
                                         )      C.A. NO. 1:05CV01823
SHEET METAL WORKERS INTERNATIONAL     )
ASSOCIATION LOCAL NO. 40              )
                                         )
        Defendant                      )


PLAINTIFF'S ANSWER TO COUNTERCLAIM


1.      Plaintiff/Counterclaim Defendant, M.R.S. Enterprises, Inc. (M.R.S.) denies the allegations contained in paragraph 1.

2.      M.R.S. admits the allegations contained in paragraph 2.

3.      M.R.S. admits the allegations contained in paragraph 3.

4.      The allegations contained in paragraph 4 contain conclusions of law and as such no further responsive pleading is required.

5.      The allegations contained in paragraph 5 contain conclusions of law and as such no further responsive pleading is required.

6.      M.R.S. admits the allegations contained in paragraph 6.

7.      M.R.S. admits the allegations contained in paragraph 7.

8.      M.R.S. admits the allegations contained in paragraph 8.

9.      M.R.S. admits the allegations contained in paragraph 9.

10.     M.R.S. admits the allegations contained in paragraph 10.

11.     M.R.S. admits the allegations contained in paragraph 11.

12.     M.R.S.  denies the allegations contained in paragraph 12.

13.     M.R.S. denies the allegations contained in paragraph 13.

14.     M.R.S. denies the allegations contained in paragraph 14.

Wherefore, M.R.S. respectfully requests that this Court dismiss the Counterclaim, against it or in the alternative issue judgment for it awarding interest, costs and reasonable attorney's fees for defense of this action.

                                        M.R.S. ENTERPRISES, INC.
                                        By its attorney,


DATED:  January 4, 2006                 _____/s/ *James F. Grosso*_____


CERTIFICATE OF SERVICE

I, James F. Grosso, hereby certify that on January 4, 2006 a copy of Plaintiff's Answer to Counterclaim was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                        _____/s/ *James F. Grosso*_____
                                        James F. Grosso – pvh0680