**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

                v.                        Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,        Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR
THE SHEET METAL INDUSTRY,

    Defendants and Counterclaimant.

_____/

**SUPPLEMENTAL DECLARATION OF DAVID A. ROCHE**
**IN SUPPORT OF**
**COUNTERCLAIMANT SHEET METAL WORKERS LOCAL 40'S**
**MOTION TO CONFIRM ARBITRATION AWARD**

I, David A. Roche, declare and say under penalty of perjury as follows:

1.     I am Business Manager for Sheet Metal Workers International Association, Local 40, AFL-CIO. The facts described in this affidavit are personally known to me. If called as a witness, I could and would competently testify to the contents of this Declaration.

2.     Union representative Luke Ford and I have visited the jobsites of two construction projects on which M.R.S. Enterprises has worked between July 1,

1

2005 and the present: the University of Connecticut Burton Family Football Complex in Storrs, Connecticut and the Howell Cheney Technical School in Manchester, Connecticut. At both sites, M.R.S. is installing metal roof and/or wall paneling with a workforce of at least two and as many as four or more employees, no different than on projects M.R.S. had performed under the Sheet Metal Workers labor agreement. M.R.S.'s current projects are within the description of work in Article 1 of the Sheet Metal Workers' contract, the "fabrication, assembling, handling, erection, installation ... adjustment [and] servicing of all ferrous or nonferrous metal work" and in particular, "metal roofing." M.R.S. Enterprises' website, http://mrsenterprises.com, continues to advertise the company as a contractor that furnishes and installs metal paneling.

3. M.R.S. Enterprises continues to employ the same workers it employed under the Sheet Metal Workers labor agreement. The Union has been notified that these workers have now been required to join the Ironworkers Union.

I swear under penalty of perjury that the foregoing is true and correct.

Dated:    January 10, 2006

_David A. Roche_ (signature)
David A. Roche