UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff )<br>    )<br>VS. )<br>    )<br>SHEET METAL WORKERS INTERNATIONAL )<br>ASSOCIATION LOCAL NO. 40 )<br>    )<br>    Defendant ) | C.A. NO. 1:05CV01823 |

JOINT SCHEDULING CONFERENCE STATEMENT
PURSUANT TO LOCAL RULE 16.3

The parties believe that this action is exempt from Local Rule 16.3 because the Defendant has filed a Counterclaim in the form of a Motion to Confirm the Arbitration Award that the Plaintiff is seeking to vacate. Dispositive Motions and responses have been filed by the parties and Court action on those Motions and responses is all that remains. It is respectfully suggested that Local Rule 16.3(c) does not apply to this case because it is exempt by 16.3(b).

M.R.S. ENTERPRISES, INC.                    SHEET METAL WORKERS'
                                            INTERNATIONAL ASSOCIATION
                                            LOCAL 40


    /s/ *James F. Grosso*                      /s/ *Arlus J. Stephens*
James F. Grosso - pvh0680                   Arlus J. Stephens – DC Bar 478938
O'Reilly, Grosso & Gross, P.C.              Davis, Cowell & Bowe LLP
1671 Worcester Road, Suit 025               1701 K Street NW, Suite 210
Framingham, MA 01701-5400                   Washington, DC 20006
Tel: 508/620-0055                           Tel: 202/223-2620
Fax: 508/620-7655                           Fax: 202/223-8651

Dated: February 1, 2006