UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

        v.　　　　　　　　　　　　　　　　Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,　　　　Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR　　　　[Proposed] ORDER Granting
THE SHEET METAL INDUSTRY,　　　　　Motion to Confirm Arbitration
　　　　　　　　　　　　　　　　　　　Award
    Defendants and Counterclaimant.
_____/

    For Good Cause shown,

    1)    Counterclaimant Sheet Metal Workers International Association Local 40's ("Local 40's") Motion to Confirm the Arbitration Award is GRANTED.

    2)    The Arbitration Award issued by the National Joint Executive Board on June 28, 2005 in the matter of Sheet Metal Workers International Association Local 40 ("Local 40") and M.R.S. Enterprises is hereby CONFIRMED and ENFORCED.

    3)    M.R.S. Enterprises shall execute and comply with a collective bargaining agreement with Local 40, retroactive to July 1, 2005, identical in terms

to the 2005-2010 agreement reached between Sheet Metal Workers International Association Local 40 and the Associated Sheet Metal and Roofing Contractors of Connecticut, with the exception of Article X, section 8 of that Agreement;

      4)     M.R.S. Enterprises' Complaint to Vacate the Arbitration Award is dismissed with prejudice;

      5)     Pursuant to Article X, section 6 of the parties' Agreement, M.R.S. Enterprises shall pay Local 40's reasonable attorneys' fees and costs in this case, to be documented in an application under Fed.R.Civ.P. 54(d)(2) and Local Civil Rule 54.2(a).

IT IS SO ORDERED:


Dated:
                                                      _____
                                                       U. S. DISTRICT JUDGE