UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

v.

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,
LOCAL 40; and THE NATIONAL JOINT
ADJUSTMENT BOARD FOR THE SHEET
METAL INDUSTRY,

    Defendants and Counterclaimant.
_____/

Case No. 1:05-CV-01823

Judge Kollar-Kotelly

DEFENDANT'S NOTICE OF
FILING PROPOSED ORDER
REGARDING MOTION TO
CONFIRM ARBITRATION
AWARD (DKT. #10)

Pursuant to Local Rule 7(c), Defendant Sheet Metal Workers' International Association Local 40, AFL-CIO ("the Union") gives notice of filing a Proposed Order to accompany its earlier-filed Motion to Confirm Arbitration Award (Dkt. #10). The Proposed Order is attached.

Dated: April 10, 2006    Respectfully submitted,

    s/ Arlus J. Stephens
Michael T. Anderson (DC Bar 459617)
Arlus J. Stephens (DC Bar 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620; (202) 223-8651 (fax)

Attorneys for Defendant/Counterclaimant
Sheet Metal Workers Int'l Assn. Local 40