UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff/Counter-defendant,

    v.                                 Civil Action No. 05-1823 (CKK)

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,
LOCAL 40,

    Defendant/Counter-claimant.

**ORDER**
(April 11, 2006)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 11th day

of April, 2006, hereby

ORDERED that M.R.S. Enterprises, Inc's [1] Complaint is DISMISSED; it is also

ORDERED that [10] Counterclaimant Sheet Metal Workers Local 40's Motion to

Confirm Arbitration Award is GRANTED; it is also

ORDERED that the arbitration award issued by the National Joint Adjustment Board on

June 28, 2005, in the matter of SMWIA Local 40 & M.R.S. Enterprises, Inc., attached to the

pleadings in the instant case as Exhibit C to Counterclaim filed by Local 40, is hereby

CONFIRMED; it is also

ORDERED that pursuant to Article X, Section 6 of the Parties' Agreement,[1] M.R.S.

---

[1] "If the party seeking to enforce the award prevails in litigation, such party shall be entitled to its costs and attorney's fees in addition to such other relief as is directed by the courts." Countercl. at Exh. A at 10.

Enterprises shall pay Local 40's reasonable attorneys' fees and costs in this case, to be

documented in an application by Local 40 pursuant to the Federal Rules of Civil Procedure and

the Local Civil Rules.


***This is a final, appealable order.***


                                        _____/s/_____
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge