UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

           v.           Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,    Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR
THE SHEET METAL INDUSTRY,

    Defendants and Counterclaimant.
_____/

**DECLARATION OF MICHAEL T. ANDERSON IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES**

    I, Michael T. Anderson, hereby declare and state that the facts in this declaration are personally known to me and if called as a witness I could and would competently testify as follows:

    1.    I am a partner with Davis, Cowell & Bowe LLP and have practiced with the firm since 1989.

    2.    I previously served as a Law Clerk to Judge Richard S. Arnold of the U.S. Court of Appeals for the Eighth Circuit from 1987 to 1989.

3.      I am a 1987 graduate *cum laude* of Harvard Law School and a 1984 graduate *magna cum laude* of Harvard University.

4.      I am a member in good standing of the Bars of the District of Columbia, California, Massachusetts and Nevada, as well as the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the D.C. Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the Northern District of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the District of Nevada, the U.S. District Court for the Central District of California and the U.S. District Court for the District of Massachusetts.

5.      My legal practice consists primarily of representing labor unions in disputes with employers. I have successfully litigated several cases concerning labor arbitration, including *Eisenmann Corp. v. Sheet Metal Workers*, 323 F.3d 375 (6th Cir. 2003); *Law Fabrication v. Sheet Metal Workers Local 15*, 396

F.Supp.2d 1306 (M.D. Fla. 2005) and *UFCW Local 464A v. Foodtown, Inc.*, 317 F.Supp.2d 522 (D.N.J. 2004).

6.  I have briefed and argued over a dozen cases in the federal appellate courts, including *Eisenmann Corp. v. Sheet Metal Workers*, 323 F.3d 375 (6th Cir. 2003); *Local Joint Executive Board v. NLRB*, 309 F.3d 578 (9th Cir. 2002); *Venetian Casino Resort v. Local Joint Executive Board of Las Vegas*, 257 F.3d 937(9th Cir 2001); *Monterey Plaza Hotel v. Local 483, Hotel Employees*, 215 F.3d 923 (9th Cir. 2000); *Culinary Workers Union Local 226 v. Del Papa*, 200 F.3d 614 (9th Cir. 1999); *Unbelievable, Inc. v. NLRB*, 71 F.3d 1434 (9th Cir. 1995); *Conkle v. Jeong*, 73 F.3d 909 (9th Cir. 1995); *Agriesti v. MGM Grand Hotel, et al.*, 53 F.3d 1000 (9th Cir. 1995); *Livadas v. Aubry*, 943 F.2d 1140 (9th Cir. 1991) *rev'd* 114 S.Ct. 2068 (1994) *on remand*, 30 F.3d 1252 (9th Cir. 1994); *Spinelli v. Gaughan*, 12 F.3d 853 (9th Cir. 1993) and *NLRB v. Sparks Nugget, Inc.*, 968 F.2d 991 (9th Cir. 1992). I have also written the briefs in *Hotel Employees v. Davis*, 21 Cal.4th 585, 88 Cal.Rptr.2d 56 (Cal. 1999); *United Paperworkers Int'l Union v. International Paper Co.*, 985 F.2d 1190 (2d Cir. 1993) *and E.G.& H. v. NLRB*, 949 F.2d 276 (9th Cir. 1991).

7.  I have also briefed and argued four published cases in the state appellate courts: *International Brotherhood of Teamsters v. Fleming Companies*,

3

975 P.2d 907 (Okla. 1999); *Sahara Gaming Corp. v. Culinary Workers Union Local 226*, 984 P.2d 164 (Nev. 1999); *Monterey Plaza Hotel v. Hotel Employees Local 483*, 69 Cal.App.4th 1057, 82 Cal.Rptr.2d 10 (Cal.App. 1999); *Turner v. Martire*, 82 Cal.App.4th 1042, 99 Cal.Rptr.2d 587 (Cal.App. 2000).

8.    I have also successfully argued and briefed in six published cases in the U.S. District Courts: *Law Fabrication v. Sheet Metal Workers Local 15*, 396 F.Supp.2d 1306 (M.D. Fla. 2005); *UFCW Local 464A v. Foodtown, Inc.*, 317 F.Supp.2d 522 (D.N.J. 2004); *WHS Entertainment v. United Paperworkers International Union*, 997 F.Supp. 946 (M.D. Tenn. 1998), *Conkle v. Jeong*, 853 F.Supp. 1160 (N.D. Cal. 1994); *Livadas v. Aubry*, 749 F.Supp. 1526 (N.D. Cal. 1990) *aff'd* 114 S.Ct. 2068 (1994), and *Fountain v. Avondale Industries*, 1995 U.S. Dist. LEXIS 5598, 7297 (E.D. La. 1995), 1996 U.S. Dist. LEXIS 2049, 5045 (E.D. La. 1996).

9.    I have successfully represented union clients in several NLRB proceedings, including *Grancare, Inc.*, 331 NLRB No. 9 (2000); *Santa Fe Hotel & Casino*, 331 NLRB No. 88 (2000); *Flamingo Hilton-Laughlin*, 330 NLRB 287 (1999); *Lafayette Park Hotel*, 326 NLRB 824 (1998) *enforced* 203 F.3d 52 (D.C. Cir. 1999); *Santa Fe Hotel & Casino*, 318 NLRB 829 (1995), 319 NLRB No. 116 (1995) *enforced per curiam* 107 F.3d 923 (D.C. Cir. 1996).

10. All attorneys at Davis Cowell & Bowe are required to record, on a daily basis, brief descriptions of services performed on each client matter, indicating the time spent on the matter, and enter the information into a computerized program. On a monthly basis, work summaries are prepared from these time entries.

11. In this case, Davis Cowell & Bowe has followed this standard and customary practice. Attorneys have contemporaneously recorded their time, and summaries were prepared from the computerized time entries. I have carefully reviewed the work summaries for this client matter, and deleted all time that was not necessary. All attorney time that Arlus Stephens and I billed in this matter was reasonably incurred and necessary for the successful prosecution of this case. A true and correct copy of those time entries for myself and attorney Arlus J. Stephens is attached as Exhibit "A."

12. Davis, Cowell & Bowe represents labor unions, among other clients. Our labor union clients, many of which represent low-wage workers, cannot afford market-rate legal fees. As a consequence, Davis, Cowell & Bowe has made a deliberate decision to discount our hourly rates for labor unions to a level far below the market rate for lawyers of similar skill and experience, because of the public-service nature of our representation. Davis, Cowell & Bowe's reduced

hourly rate for union clients is $205 for partners and $185 per hour for associates. Our firm's experience and skill would allow us to command the higher market rates for all of our work if we did not have the commitment to represent unions and the economically disadvantaged.

13. In this case, my billing arrangement with Local 40 was that our firm would charge the prevailing market rate contingent on recovery of fees under Article X, section 6 of the Sheet Metal Workers Agreement, but that in the event Local 40 did not recover its attorneys' fees, I would discount the hourly rate to $205 for me and $185 for Arlus Stephens.

14. On April 25, 2005, I downloaded the *Laffey* Matrix as calculated published on the U.S. Attorney's website:
www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_5.html>
A true and correct copy of that page is attached as Exhibit "B".

15. Calculated pursuant to the applicable *Laffey* Matrix, attached as Exhibit "C" is a chart of attorney hours multiplied by the *Laffey* rate, at both the Consumer Price Index for legal services rate and at the lower rate published by the U.S. Attorney's Office, together with the total fee amount.

16. I have also reviewed the costs and expenses that DCB incurred in litigating this case. These records were prepared and maintained in the ordinary

course of business. Attached as Exhibit "D" is a chart setting forth a true and correct listing of those costs and expenses.

      I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 25, 2006                      /s/ Michael Anderson
                                                       Michael T. Anderson

50/C:\DCB\MTA\MRS MTA Fee Decl.wpd
4/24/2006/16:42:17 USM40 3940

# EXHIBIT A

```
HON Hours1            LEGALMASTER MIRC For Transactions           04/22/06  Page 1
                      -Fees-
                      Sort Fields:
                      Client code

                      Range Fields:
                      Client code      I USM40 - USM40
                      Transaction date I 01/01/81 - 04/22/06

                    Trans   Act    Actual
Date        Emp     Hours   Transaction description

10/03/05    MTA     1.20    Review of complaint; legal research
10/05/05    MTA     2.00    Preparation of brief; preparation of Answer
10/06/05    AJS     2.00    Research into Article X, Section 8
10/07/05    AJS     1.50    conferences with atty M Anderson; review of complaint
10/07/05    MTA     1.20    Preparation of brief; legal research re:  DC law on
                            Deklewa; conferences with AJS
10/10/05    AJS     1.00    legal research on precedent
10/14/05    AJS     0.40    tele conferences with atty M Anderson
10/14/05    MTA     0.70    Telephone conferences with co-counsel AJS; legal
                            research; preparation of answer
10/21/05    AJS     1.80    tele conference with Anderson; review rules of court;
                            research into legal standards
10/21/05    MTA     3.50    Preparation of answer; legal research re: Article X,
                            section 8
10/21/05    MTA     0.70    Telephone conferences with co-counsel AJS and Union
                            officer Roche
10/24/05    MTA     0.50    Telephone conference with Eileen Marks re: benefit funds
10/24/05    MTA     0.10    Telephone conference with Union representative Dave Roche
10/24/05    MTA     2.00    Preparation of brief; legal research re:  Deklewa
10/24/05    MTA     2.00    Preparation of answer; preparation of brief
10/25/05    MTA     3.70    Legal research re: Deklewa; preparation of brief;
                            preparation of Answer and Counterclaim
10/26/05    AJS     3.50    legal research into right to picket for 8(f); conferences
                            and e-mail with atty M Anderson
10/26/05    MTA     4.00    Telephone conferences with co-counsel AJS; preparation of
                            brief; legal research re: arb award deference
10/27/05    AJS     3.50    prepare research for atty M Anderson re arbitration law
                            and standards
10/27/05    MTA     5.00    Preparation of brief; legal research re: Article X
                            section 8; preparation of answer
10/28/05    AJS     1.80    research into arbitration law and standards; prepare memo
                            for MTA
10/28/05    MTA     4.30    Legal research re: DC Cir law on interest arb;
                            preparation of brief
10/31/05    AJS     1.50    review proposed argument analysis; tele conferences with
                            atty M Anderson; correspondence with atty Anderson
10/31/05    MTA     1.80    Conference with Union officer Roche, Ford; legal research
10/31/05    MTA     2.00    Preparation of brief; preparation of affidavit; telephone
                            conference with co-counsel AJS
11/01/05    AJS     4.00    work on preparing papers; statement of facts
11/02/05    AJS     3.00    legal research; work on answer pleading
11/02/05    MTA     4.00    Preparation of brief; legal research re bias, contract
                            issues; preparation of answer; tele conference with atty
                            M Anderson
11/02/05    MTA     1.40    Preparation of answer; telephone conferences with
                            co-counsel AJS
11/03/05    AJS     0.50    tele conference with atty M Anderson; prepare draft of
                            letter
11/04/05    AJS     2.00    legal research into arbitration legal standards
```

```
HON Hours1          LEGALMASTER MIRC For Transactions              04/22/06  Page 2
                       -Fees-
```

```
                     Trans   Act   Actual
Date        Emp     Hours   Transaction description

11/04/05    MTA     5.00    Preparation of brief
11/07/05    MTA     4.50    Telephone conferences with SMW counsel Riley; preparation
                            of reply; legal research
11/07/05    AJS     1.00    tele conferences with atty M Anderson; prepare research
11/07/05    MTA     1.50    Preparation of brief; legal research re waiver of bias
11/08/05    MTA     0.40    Telephone conference with Union officer Roche; revision
                            of answer
11/09/05    AJS     0.40    tele conference with atty M Anderson
11/09/05    MTA     3.90    Legal research; revision of brief; Telephone conference
                            with co-counsel AJS
11/10/05    AJS     3.50    research for atty M Anderson
11/10/05    MTA     1.00    Telephone conferences with co-counsel ajs; revision of
                            brief
11/11/05    AJS     4.50    tele conferences with atty M Anderson; redrafts; edits of
                            pleadings; prepare letter to Roche
11/11/05    MTA     0.40    Telephone conferences with co-counsel AJS, Webb re:
                            possible pension fund intervention
11/12/05    MTA     1.00    Legal research; revision of brief
11/14/05    AJS     3.20    finalize and prepare papers for filing
11/14/05    MTA     0.50    Revision of brief; review of statement of material facts
11/15/05    MTA     0.10    Telephone conference with Roche
11/15/05    MTA     0.10    Telephone conference with Union officer Roche
11/15/05    MTA     0.10    Telephone conferences with co-counsel AJS
11/15/05    MTA     0.20    Revision of brief
11/16/05    MTA     0.10    Telephone conference with co-counsel AJS re: filing
11/17/05    AJS     4.50    final preparation for filing; tele conferences with atty
                            M Anderson; ECF filing for all documents; prepare letter
                            for Judge and opposing counsel
11/17/05    MTA     0.20    Telephone conferences with co-counsel AJS
11/17/05    MTA     0.10    Telephone conference with employer attorney Grosso
12/01/05    AJS     0.50    prepare correspondence
12/14/05    MTA     0.10    Telephone conference with Union officer Roche
12/30/05    AJS     0.40    tele conference with atty M Anderson; legal research
01/04/06    AJS     3.00    legal research; tele conferences and e-mail with atty M
                            Anderson
01/04/06    MTA     3.80    Review of employer attorney brief; preparation of reply
                            brief; telephone conferences with co-counsel AJS
01/05/06    MTA     2.70    Preparation of reply brief; telephone conference with
                            Union representative Roche; legal research; telephone
                            conferences with co-counsel AJS
01/06/06    AJS     1.00    legal research, tele confs with M Anderson
01/06/06    MTA     5.80    Preparation of reply brief; legal research re NLRB unit
                            rules; telephone conferences with co-counsel AJS
1/08/06     AJS     0.50    review draft brief and prepare edits
1/09/06     AJS     0.40    tele conference with atty M Anderson
1/09/06     MTA     1.50    Preparation of reply; telephone conference with
                            co-counsel AJS and Union officer Roch
1/10/06     AJS     2.00    tele conference with atty M Anderson; review drafts of
                            brief and prepare filing; research into procedural issues
1/10/06     MTA     1.20    Telephone conferences with Union officer Roche;
                            preparation of affidavit
```

```
HON Hours1         LEGALMASTER MIRC For Transactions            04/22/06  Page 3
                        -Fees-
═══════════════════════════════════════════════════════════════════════════════

                       Trans   Act   Actual
Date        Emp    Hours    Transaction description

1/10/06     MTA    3.50     Preparation of reply brief; telephone conferences with
                            co-counsel AJS re: brief
1/11/06     MTA    0.50     Telephone conferences with AJS, Roche
1/12/06     AJS    1.00     tele conference with atty M Anderson; review order;
                            reserach local rules
1/12/06     MTA    0.40     Telephone conferences with co-counsel AJS; review of
                            court Order
1/13/06     AJS    1.00     tele conferences with atty M Anderson and court staff;
                            review rules and scheduling order
1/13/06     MTA    0.50     Telephone conferences with co-counsel AJS re: status
                            conference, Eileen Marks re: withdrawal liability
1/25/06     AJS    0.70     tele conference with atty M Anderson re scheduling;
                            research Rule 16 and docket
1/25/06     MTA    0.20     Telephone conference with co-counsel AJS re: status
                            report
1/30/06     AJS    0.90     prepare for Rule 16 conference
1/31/06     AJS    2.00     tele conferences with J Grosso and M Anderson; work on
                            Rule 16; local rule research
1/31/06     MTA    0.10     Telephone conference with co-counsel AJS re: status
                            conference
1/31/06     MTA    0.20     Telephone conference with Union officer Roche
2/01/06     AJS    1.60     tele conference with J Grosso; review correspondence;
                            conferences with atty M Anderson re scheduling order
2/01/06     MTA    0.30     Telephone conferences with co-counsel AJS; review of
                            Rule 16 Statement
2/06/06     AJS    0.80     conferences with atty M Anderson re scheduling; research
                            next steps
2/06/06     MTA    0.20     Telephone conferences with co-counsel AJS; preparation
                            for hearing
2/08/06     MTA    0.50     Preparation for court conference
2/09/06     AJS    0.80     tele conference and e-mail with atty M Anderson; review
                            of judge order
2/09/06     MTA    0.10     Telephone conference with co-counsel AJS re: status
                            conference
2/09/06     MTA    0.20     Review of court Order; correspondence to Union officer
                            Roche
2/10/06     MTA    0.40     Review of pleadings; preparation for status conference
3/27/06     AJS    0.40     review court order; tele conference with atty M Anderson
3/27/06     MTA    0.20     Telephone conferences with co-counsel AJS; correspondence
                             to court
3/28/06     MTA    0.30     Preparation for hearing; review of file

04/07/06    AJS    1.7      tele conference with atty M Anderson; conferences with ct
                            clerk office; Gross's office; prepare and file proposed
                            order; tele conference with ctroom deputy re filing
04/10/06    MTA    0.5      Telephone conferences with client Roche, Riley, Marks,
                            Webb and co-counsel
04/10/06    AJS    0.9      tele conferences with atty M Anderson; tele conference
                            with ct clerk; prepare and file new proposed order
04/11/06    AJS    4.0      review Judge's decision and court order; conferences with
                            atty M Anderson; conference with SMW atty P Riley; begin
                            researching and preparation of fee application
```

```
HON Hours1         LEGALMASTER MIRC For Transactions         04/22/06  Page 4
                       -Fees-
```

|             |     | Trans Act Actual |                                                                            |
|-------------|-----|------------------|----------------------------------------------------------------------------|
| Date        | Emp | Hours            | Transaction description                                                    |
| 04/12/06    | MTA | 2.5              | Preparation of Fee Petition; legal research re: D.C. fee award             |
| 04/12/06    | AJS | 2.5              | work researching and preparing fee application; research local rules       |
| 04/13/06    | MTA | 0.1              | Telephone conference with co-counsel Riley                                 |
| 04/13/06    | MTA | 1.5              | Legal research re: fee awards; preparation of fee petition brief           |
| 04/13/06    | AJS | 3.5              | Prepare affidavits; legal research re fees and prep; conference with atty M Anderson |
| 04/14/06    | MTA | 1.2              | Preparation of fee brief                                                   |
| 04/17/06    | MTA | 1.5              | Preparation of fee petition; legal research                                |
| 04/18/06    | MTA | 0.7              | Legal research; preparation of fee petition                                |
| 04/21/06    | MTA | 4.8              | Preparation of fee petition; legal research re: fee issues                 |
| 04/22/06    | MTA | 2.0              | Preparation of fee petition                                                |

```
              -------------
                  169.90
              =============


     Code  Name                  Hours
     MTA   Michael T Anderson    96.70
     AJS   Arlus J. Stephens     73.20
```

# EXHIBIT B



# UNITED STATES ATTORNEY'S OFFICE
## FOR THE DISTRICT OF COLUMBIA

555 4TH STREET, NW
WASHINGTON, DC 20530
(202) 514-7566

- HOME
- U.S. ATTORNEY
- ABOUT US
- DIVISIONS
- COMMUNITY PROSECUTION
- PROGRAMS FOR YOUTH
- VICTIM WITNESS ASSISTANCE
- PARTNERSHIPS
- PRESS RELEASES
- EMPLOYMENT
- ESPAÑOL
- CONTACT US
- LINKS
- SITE MAP

## LAFFEY MATRIX 2003 - 2006

Years (Rate for June 1 - May 31, based on prior year's CPI-U)

| Experience | 03-04 | 04-05 | 05-06 |
|---|---|---|---|
| 20+ years | 380 | 390 | 405 |
| 11-19 years | 335 | 345 | 360 |
| 8-10 years | 270 | 280 | 290 |
| 4-7 years | 220 | 225 | 235 |
| 1-3 years | 180 | 185 | 195 |
| Paralegals & Law Clerks | 105 | 110 | 115 |

**Explanatory Notes**

1. This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does not apply in cases in which the hourly rate is limited by statute. See 28 U.S.C. § 2412(d).

2. This matrix is based on the hourly rates allowed by the District Court in *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the "Laffey Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). *See Laffey*, 572 F. Supp. at 371.

3. The hourly rates approved by the District Court in *Laffey* were for work done principally in 1981-82. The Matrix begins with those rates. *See Laffey*, 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $3 of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban Consumers (CPI-U) for Washington-Baltimore, DC-MD-VA-WV, as announced by the Bureau of Labor Statistics for May of each year.

4. Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the United States Attorney's Office as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. See *Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n. 14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996). Lower federal courts in the District of Columbia have used this updated *Laffey* Matrix when determining whether fee awards under fee-shifting statutes are reasonable. *See, e.g.*, *Blackman v. District of Columbia*, 59 F. Supp. 2d 37, 43 (D.D.C. 1999); *Jefferson v. Milvets System Technology, Inc.*, 986 F. Supp. 6, 11 (D.D.C. 1997); *Ralph Hoar & Associates v. Nat'l Highway Transportation Safety Admin.*, 985 F. Supp. 1, 9-10 n.3 (D.D.C. 1997); *Martini v. Fed. Nat'l Mtg Ass'n*, 977 F. Supp. 482, 485 n.2 (D.D.C. 1997); *Park v. Howard University*, 881 F. Supp. 653, 654 (D.D.C. 1995).

Home  |  DOJ  |  EOUSA  |  DOJ For Kids  |  Privacy Policy

# EXHIBIT C

Attorney Time at Prevailing Market Rates

The *Laffey* index as updated by the legal services component of the Consumer Price Index:

Anderson        96.7 hours x $456/hour = $44,095.20

Stephens        73.2 hours x $404/hour = $29,572.80

[using rates from *Interfaith Community Organization v. Honeywell International, Inc.*, 426 F.3d 694, 708 n.11 (3d Cir. 2005) for Washington D.C. counsel]

The *Laffey* index as updated by the general Consumer Price Index for all goods and services:

Anderson        96.7 hours x $360/hour = $34,812.00

Stephens        73.2 hours x $290/hour = $21,228.00

[using rates from the U.S. Attorney's website: (www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_5.html)]

# EXHIBIT D

```
COSTS      LEGALMASTER MIRC For Transactions                        04/23/06   Page 1
USM40-4930 Costs                         -Costs-
                  Sort Fields:
                  Client code

                  Range Fields:
                  Client code       I USM40 - USM40
                  Case suffix       I    0001 -    9999
                  Transaction date  I 01/01/81 - 04/23/06

                  Trans    Actual     Billable                                 Entry
Cl Code  Ca sfx   Date     Dollars    Dollars     Transaction description      D/I Date

USM40  4930  10/31/05    111.42      111.42     Westlaw research          D   11/02/05
USM40  4930  10/31/05    165.18      165.18     Westlaw research          D   11/02/05
USM40  4930  11/12/05     33.42       33.42     11/11 UPS Delivery //UPS dc//
                                                                          D   12/08/05
USM40  4930  11/19/05     44.91       44.91     11/15 & 11/17 UPS Delivery
                                                 //UPS dc//               D   12/08/05
USM40  4930  11/30/05    179.45      179.45     Westlaw research          D   12/05/05
USM40  4930  11/30/05     75.95       75.95     Westlaw research          D   12/06/05
USM40  4930  12/06/05     11.58       11.58     11/7 Courier Service //US Express//
                                                                          D   01/05/06
USM40  4930  01/07/06     55.15       55.15     1/04 UPS Delivery //ups sf//
                                                                          D   02/06/06
USM40  4930  01/30/06      6.80        6.80     Pacer Computer research D   01/30/06
USM40  4930  01/30/06      7.04        7.04     Pacer Computer research D   01/30/06
USM40  4930  01/30/06    106.62      106.62     Westlaw research          D   02/02/06
USM40  4930  01/30/06     96.46       96.46     Westlaw research          D   02/02/06
USM40  4930  02/28/06     11.07       11.07     Westlaw research          D   03/02/06
USM40  4930  03/31/06     19.00       19.00     Pacer Computer research D   03/31/06
USM40  4930  04/11/06     29.77       29.77     Westlaw research          D   04/23/06
USM40  4930  04/12/06     36.74       36.74     Westlaw research          D   04/23/06
USM40  4930  04/12/06      3.72        3.72     Westlaw research          D   04/23/06
USM40  4930  04/13/06      8.84        8.84     Westlaw research          D   04/23/06
USM40  4930  04/13/06     17.57       17.57     Westlaw research          D   04/23/06
USM40  4930  04/14/06     25.16       70.74     Westlaw research          D   04/23/06

                       --------------- --------------
                          1045.85      1045.85
                       =============== ==============
```