UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

           v.                      Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,      Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR
THE SHEET METAL INDUSTRY,

    Defendants and Counterclaimant.
_____/

**DECLARATION OF ARLUS J. STEPHENS IN SUPPORT OF
APPLICATION FOR ATTORNEYS' FEES**

I, Arlus J. Stephens, hereby declare and state that the facts in this declaration are personally known to me and if called as a witness I could and would competently testify as follows:

1.     I am employed as an associate attorney with Davis, Cowell & Bowe LLP and have been so employed since 2002.

2.     I was previously employed as an Assistant General Counsel for the United Steelworkers of America in Pittsburgh (1998-2002); as a Law Clerk for

1

Chief Judge Walter H. Rice of the U.S. District Court for the Southern District of Ohio (1997-1998); and as a Law Clerk for Judge Reynaldo G. Garza of the U.S. Court of Appeals for the Fifth Circuit (1996-1997).

3. I am a 1996 honors graduate of The Ohio State University College of Law and a 1992 honors graduate of the University of Dayton (B.A., History).

4. I am a member of the Bars of the District of Columbia, Maryland, Ohio and Pennsylvania, as well as the Supreme Court of the United States, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the D.C. Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Maryland, the U.S. District Court for the Western District of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for the Southern District of Ohio.

5. My legal practice consists primarily of representing labor unions in disputes with employers, including engaging in federal litigation.

///

6. I have extensive experience with suits seeking enforcement of promises to arbitrate disputes, including obtaining favorable results in the following published judicial decisions: *Hotel Employees & Restaurant Employees Union Local 57 v. Sage Hospitality Resources LLC*, 390 F.3d 206 (3d Cir. 2004) (enforcing employer's promise to arbitrate); *Rutgers Organics Corp. v. United Steelworkers*, 212 F.Supp.2d 357 (M.D. Pa. 2002) (same); *Dyno Nobel v. United Steelworkers*, 77 F.Supp.2d 307 (N.D.N.Y. 1999) (same); *VAW of America v. United Steelworkers*, 53 F.Supp.2d 187 (N.D.N.Y. 1999) (same).

7. I have also successfully represented union clients in other federal and administrative cases that resulted in published opinions. *E.g., Webco Industries v. NLRB*, 90 Fed.Appx. 276 (10th Cir. 2003); *Thompson v. Aluminum Co. of America*, 276 F.3d 651 (4th Cir. 2002); *Webco Industries v. NLRB*, 217 F.3d 1306 (10th Cir. 2000); *Saginaw Control & Engineering*, 339 NLRB 541 (2003); *United Steelworkers Local 9292 (Allied Signal)*, 336 NLRB 52 (2001).

8. I published a law review article on the subject of enforcing labor-arbitration promises. Arlus J. Stephens, "The Sixth Circuit's Approach to the Public-Policy Exception to the Enforcement of Arbitration Awards: A Tale of Two Trilogies," 11 Ohio St. J. Disp. Resol. 441 (1996). In addition, I currently serve as a Senior Editor of the treatise *How to Take a Case Before the NLRB* and

3

previously served as a Chapter Editor for the treatise *The Developing Labor Law*.

9.      In this litigation I worked with attorney Michael T. Anderson in developing litigation strategy and in preparing legal motions, briefs and affidavits, including doing legal research.

10.     All attorney time billed by me in this matter was reasonably incurred and necessary for the successful prosecution of this case.

11.     My discounted billing rate for labor union clients is $185 per hour. This does not constitute the market rate for my legal services. This rate is discounted because our labor union clients cannot afford to pay prevailing market rates. In order that they may have quality legal representation, Davis Cowell & Bowe provides its legal services at this discounted rate.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 25, 2006                    ___/s/    Arlus J. Stephens___
                                          Arlus J. Stephens


50/C:\DCB\MTA\MRS Fee AJS Decl.wpd
4/24/2006/17:03:10 USM40 4930

4