## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

               v.                      Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,    Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR    [Proposed] ORDER Granting
THE SHEET METAL INDUSTRY,        Application for Attorneys' Fees
                                                 and Costs

    Defendants and Counterclaimant.
_____/

    For Good Cause shown,

    Counterclaimant Sheet Metal Workers International Association Local 40's ("Local 40's") Motion for Attorneys Fees and Costs is GRANTED.

    Applying the prevailing market rates of the *Laffey* matrix as updated by the legal services component of the Consumer Price Index, this amounts to $73,668 in fees, together with $1045.85 in expenses for a total of $74,713.85.

    IT IS SO ORDERED:

Dated:

                                           _____
                                              U. S. DISTRICT JUDGE