UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.       )
    Plaintiff                  )
                               )
VS.                            )       C.A. NO. 1:05CV01823 CKK
                               )
SHEET METAL WORKERS INTERNATIONAL )
ASSOCIATION LOCAL NO. 40       )
                               )
    Defendant                  )

NOTICE OF APPEAL

Notice is hereby given that M.R.S. Enterprises, Inc., Plaintiff, in the above-named case hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment Confirming and Enforcing the Arbitration Award entered in this action on the 11th day of April 2006.

M.R.S. ENTERPRISES, INC.
By its Attorney,

Dated: May 10, 2006

James F. Grosso, Pro Hac Vice
BBO 213320
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA  01701-5400
Tel: 508/620-0055
Fax: 508/620-7655