UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff/Counterclaim Defendant )<br>    )<br>VS. )<br>    )<br>SHEET METAL WORKERS INTERNATIONAL )<br>ASSOCIATION LOCAL NO. 40 )<br>    )<br>    Defendant/Counterclaim Plaintiff ) | C.A. NO. 1:05CV01823<br><br>MOTION TO STAY THE ORDER |

    Now comes the Plaintiff/Counterclaim Defendant, M.R.S. Enterprises, Inc., (M.R.S.) and respectfully requests that this Court stay its order issued on April 11, 2006 and gives as grounds therefore the following:

1.     On May 11, 2006, M.R.S. timely filed a Notice of Appeal with the United States District Court for the District of Columbia.

2.     M.R.S. has a good faith belief that it will prevail on two of the issues decided by the District Court in this case.

3.     If M.R.S. is forced to execute a collective bargaining agreement with the Defendant/Counterclaim Plaintiff, Sheet Metal Workers International Association Local No. 40, (Local 40) M.R.S. will suffer irreparable harm should it prevail on its appeal. Having executed the contract and paid tens of thousands of dollars to union sheet metal workers pending the

- 2 -

outcome of the appeal, will result in irreparable harm to M.R.S. since the money will not be recoverable.

4.  If the order is stayed, Local 40 will not suffer any irreparable harm because it will be entitled to reimbursement for all back wages and fringe benefits not paid by M.R.S. throughout the life of this case up to and including the time of the appeal. Local 40, therefore, has an adequate remedy at law to wit: monetary damages.

Wherefore, the Plaintiff/Counterclaim Defendant, M.R.S. Enterprises, Inc., respectfully requests that this Court stay its order issued April 11, 2006 until the appeal has been resolved.

M.R.S. ENTERPRISES, INC.
By its Attorney,

Dated: May 22, 2006

/s/ *James F. Grosso*
James F. Grosso, Pro Hac Vice
BBO 213320
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA   01701-5400
Tel: 508/620-0055
Fax: 508/620-7655