UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

             v.                          Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,        Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR
THE SHEET METAL INDUSTRY,

    Defendants and Counterclaimant.
_____/

### DECLARATION OF MICHAEL T. ANDERSON IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE

I, Michael T. Anderson, hereby declare and state that the facts in this declaration are personally known to me and if called as a witness I could and would competently testify as follows:

1. I am counsel to Sheet Metal Workers Local 40 in this case.

2. On May 5, 2006, M.R.S. Enterprises Vice President Steven Levesque sent a letter to C. Mitchell Sorenson, Executive Director of the Associated Sheet Metal & Roofing Contractors of Connecticut. The letter was copied to Dave Roche, Business Manager of Local 40. A true and correct copy of Mr. Levesque's

May 5, 2006 letter is attached hereto as Exhibit A.

3. On May 9, 2006, I sent James F. Grosso, counsel for M.R.S. Enterprises, a letter asking that M.R.S. execute the collective bargaining agreement ordered by the National Joint Adjustment Board as enforced by the Court. I enclosed a copy of the agreement. A true and correct copy of my May 9, 2006 letter to Mr. Grosso (without the enclosure) is attached hereto as Exhibit B.

4. As of May 16, 2006, I had not received a response from Mr. Grosso to my May 9 letter. On May 16, I sent Mr. Grosso a second letter asking whether M.R.S. intends to comply with the District Court's order. I notified Mr. Grosso that I would have to seek relief from the Court if M.R.S. did not comply. A true and correct copy of my May 16, 2006 letter to Mr. Grosso is attached hereto as Exhibit C.

5. On May 17, 2006, I received a letter from M.R.S.'s counsel James Grosso. Mr. Grosso notified me that "M.R.S. has appealed the Court's decision and therefore my client will not be executing the agreement pending appeal." A true and correct copy of Mr. Grosso's May 17, 2006 letter to me is attached hereto as Exhibit D.

6. On May 17, 2006, I called Mr. Grosso to notify him that the Union intended to file a Motion to enforce the Court's Order. I sought to confer in good

faith in an effort to resolve or narrow the issue pursuant to Local Rule 7(m). M.R.S. counsel Grosso asked me to hold off until Monday, May 22, to allow him to see if his client would resolve the case. On May 22, 2006, I called Mr. Grosso again. M.R.S. counsel Grosso told me that M.R.S. would not comply with the Order, and that it would seek a stay of the Order. This was the first notice I had that M.R.S. intended to seek a stay. Within minutes after this conversation, M.R.S. electronically filed its Motion to Stay .

    I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 22, 2006                _s/ Michael T. Anderson_
                                           Michael T. Anderson

**MRS ENTERPRISES, INC.**

*Via Facsimile and U.S. Mail*

May 5, 2006

Mr. C. Mitchell Sorensen
Executive Director
The Associated Sheet Metal & Roofing Contractors of Connecticut
One Regency Drive
Bloomfield, CT 06002

Re: **Local Joint Adjustment Board Meeting - Grievance by Local 40 against MRS**

Dear Mr. Sorensen:

We are in receipt of your letter dated April 26, 2006 requesting our presence at the May 9, 2006 meeting of the Local No. 40 Area Local Joint Adjustment Board to consider a grievance brought against our firm by Sheet Metal Workers Local #40.

Although the judge issued a decision in M.R.S. Enterprises, Inc. v. Sheet Metal Workers International Association Local No. 40, et al; Case No. 1:04-cv-01823-CKK finding for Local 40, the appeal period has not expired, therefore the case has not yet concluded. MRS maintains that the collective bargaining agreement between MRS and Local 40 was terminated upon its expiration on June 30, 2005. Even assuming Local 40 had a basis for a grievance, the only grievance process to which MRS was bound was that stipulated in the National Association of Siding and Decking Contractors agreement with the Sheet Metal Workers' International Association, which was terminated by MRS at its expiration in June, 2005. Accordingly, any decision rendered by the LJAB is non binding and unenforceable with respect to our firm.

Sincerely,

Steven D. Levesque
Vice President


Copy to: Mr. Roland Levesque Sr.
Mr. David Roche, Business Mgr - Local 40

DESIGN BUILDERS • SPECIALTY CONTRACTORS • BUTLER PREENGINEERED BUILD
41 NORTHWEST DRIVE • PLAINVILLE, CT 06062 • (860) 747-4994 • FAX (860
~ An Equal Opportunity Employer ~


EXHIBIT A

# DAVIS, COWELL & BOWE, LLP

Counselors and Attorneys at Law

Reply to:

**San Francisco**
595 Market Street, Suite 1400
San Francisco, California 94105
415.597.7200
Fax 415.597.7201

Barry S. Jellison (CA)
Steven L. Stemerman (CA, NV)
Richard G. McCracken (CA, NV)
W. David Holsberry (CA, NV)
Elizabeth Ann Lawrence (CA, NV, AZ)
Andrew J. Kahn (CA, NV, AZ)
John J. Davis, Jr. (CA)
Florence E. Culp (CA, NV)
Michael T. Anderson (CA, NV, DC, MA)
Kristin L. Martin (CA, NV)
Eric B. Myers (CA, NV)
Michael C. Hughes (CA)
Paul L. More (CA, NV)
Winifred Kao (CA, DC)

Robert P. Cowell (1931-1980)

of counsel:
Philip Paul Bowe (CA)
J. Thomas Bowen (CA, NV)
Mark Brooks (TN)

**Washington, DC**
1701 K Street, N.W., Suite 210
Washington, DC 20006
202.223.2620
Fax 202.223.8651

George R. Murphy (DC)
Michael T. Anderson (DC, CA, MA, NV)
Mark Hanna (DC, VA, NJ)
Arlus J. Stephens (DC, MD, OH, PA)
Joni S. Jacobs (DC, CA, NV, AZ)

X    **Boston, MA**
8 Beacon Street, 4th Floor
Boston, Massachusetts 02108
617.227.5720
Fax 617.227.5767

Michael T. Anderson (CA, NV, DC, MA)

**Clifton, NJ**
1389 Broad Street
Clifton, NJ 07013
973.916.0999
Fax 973.916.0906

Mark Hanna (DC, VA, NJ)

**McCracken, Stemerman & Holsberry**
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
702.386.5107
Fax 702.386.9848

May 9, 2006

OVERNIGHT MAIL

James F. Grosso
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701

Re:   *M.R.S. Enterprises v. Sheet Metal Workers Local 40*
      USDC D.C. Case No. 1:05-CV-01823 CKK

Dear Jim:

Enclosed please find a copy of the July 1, 2005-June 30, 2010 collective bargaining agreement identical in terms to the agreement reached between SMWIA Local 40 and ASMRC of Connecticut. This is the agreement that the National Joint Adjustment Board ordered the parties to execute in its June 28, 2005 decision, and which the District Court ordered confirmed.

Pursuant to footnote 4 of the Court's decision, the Union acknowledges that Article X, section 8 of the Agreement does not apply, absent the parties' consent, for any period after the 2010 expiration of this Agreement. We have therefore deleted Article X, section 8 from this version of the Agreement.

Once M.R.S. Enterprises has executed this agreement, please return copies to me.

Very truly yours,

*[signature]*

Michael T. Anderson

MTA:rr
Encl.
cc:   Dave Roche

50/C:\DCB\MTA\usm40 5 8 06 Grosso.wpd
5/9/2006/15:09:28 USM40 4930

EXHIBIT B

# DAVIS, COWELL & BOWE, LLP
## Counselors and Attorneys at Law

**Reply to:**

**San Francisco**
595 Market Street, Suite 1400
San Francisco, California 94105
415.597.7200
Fax 415.597.7201

Barry S. Jellison (CA)
Steven L. Stemerman (CA, NV)
Richard G. McCracken (CA, NV)
W. David Holsberry (CA, NV)
Elizabeth Ann Lawrence (CA, NV, AZ)
Andrew J. Kahn (CA, NV, AZ)
John J. Davis, Jr. (CA)
Florence E. Culp (CA, NV)
Michael T. Anderson (CA, NV, DC, MA)
Kristin L. Martin (CA, NV)
Eric B. Myers (CA, NV)
Michael C. Hughes (CA)
Paul L. More (CA, NV)
Winifred Kao (CA, DC)

Robert P. Cowell (1931-1980)

of counsel:
Philip Paul Bowe (CA)
J. Thomas Bowen (CA, NV)
Mark Brooks (TN)

**Washington, DC**
1701 K Street, N.W., Suite 210
Washington, DC 20006
202.223.2620
Fax 202.223.8651

George R. Murphy (DC)
Michael T. Anderson (DC, CA, MA, NV)
Mark Hanna (DC, VA, NJ)
Arlus J. Stephens (DC, MD, OH, PA)
Joni S. Jacobs (DC, CA, NV, AZ)

X   **Boston, MA**
8 Beacon Street, 4th Floor
Boston, Massachusetts 02108
617.227.5720
Fax 617.227.5767

Michael T. Anderson (CA, NV, DC, MA)

**Clifton, NJ**
1389 Broad Street
Clifton, NJ 07013
973.916.0999
Fax 973.916.0906

Mark Hanna (DC, VA, NJ)

**McCracken, Stemerman & Holsberry**
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
702.386.5107
Fax 702.386.9848

May 16, 2006

Via Facsimile (508) 620-7655
&. U.S. Mail

James F. Grosso
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham MA 01701

    Re:  *M.R.S. Enterprises v. Sheet Metal Workers Local 40*,
           USDC D.C. Case No. 1:05-CV-01823 CKK

Dear Jim:

    I have not yet received M.R.S.'s executed signature on the July 1, 2005-June 30, 2010 collective bargaining agreement I sent you last week. This is the agreement that the National Joint Adjustment Board ordered the parties to execute in its June 28, 2005 decision, an award the District Court confirmed.

    Please let me know whether M.R.S. intends to comply with the District Court's order. If it does not, I will have to seek relief from the Court.

                              Very truly yours,

                              Michael T. Anderson

MTA:rr

cc:  Dave Roche

50/C:\DCB\MTA\usm40  5-16-06 Grosso.wpd
5/16/2006/11:00:30 USM40 4930


EXHIBIT C

# O'REILLY, GROSSO & GROSS, P.C.
### ATTORNEYS AT LAW
1671 WORCESTER ROAD, SUITE 205
FRAMINGHAM, MA 01701-5400

JOHN D. O'REILLY, III
JAMES F. GROSSO
KARL J. GROSS

(508) 620-0055
Fax  (508) 620-7655

May 17, 2006

VIA TELECOPIER 617/227-5767
AND FIRST CLASS MAIL

Michael T. Anderson, Esquire
Davis, Cowell & Bowe, LLP
8 Beacon Street
Boston, Massachusetts  02108

Re: M.R.S. Enterprises, Inc.
v.
Sheet Metal Workers Local 40, et al
Case No. 1:05CV01823

Dear Mike:

In response to your letter dated May 16th requesting the executed collective bargaining agreement, as you should know, M.R.S. has appealed the Court's decision and therefore my client will not be executing that agreement pending the appeal.

Sincerely,

James F. Grosso

JFG/hh

CC: Mr. Roland O. Levesque, Sr., President
    Jonathan C. Fritts, Esquire


EXHIBIT