UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

        v.           Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,    Judge Kollar-Kotelly
LOCAL 40,

    Defendant and Counterclaimant.
_____/

**SHEET METAL WORKERS LOCAL 40'S NOTICE OF FILING
PROPOSED ORDER IN CONNECTION WITH ITS
"MOTION FOR ORDER TO SHOW CAUSE" (DKT. 26)**

On May 22, 2006, the Union filed its "Motion for Order to Show Cause Why M.R.S. Enterprises Should Not Be Held in Civil Contempt of this Court's April 11, 2006 Order and Supporting Memorandum of Law." Dkt. 26. The Union neglected, however, to attach a proposed Order, as required by Local Rule. The Union has attached that proposed Order to this Notice.

\\

\\

Dated: May 24, 2005	Respectfully submitted,


  s/ Michael T. Anderson
Michael T. Anderson (DC Bar 459617)
Arlus J. Stephens (DC Bar 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620; (202) 223-8651 (fax)

Attorneys for Defendant/Counterclaimant
Sheet Metal Workers Int'l Assn. Local 40