UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

              v.                          Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,      Judge Kollar-Kotelly
LOCAL 40,

    Defendant and Counterclaimant.
_____/

**[PROPOSED]**
**ORDER TO SHOW CAUSE**

Upon the application of Counterclaimant Sheet Metal Workers' International Association, Local 40, and for good cause shown, Counterdefendant M.R.S. Enterprises, Inc. is hereby ordered to show cause by _____, 2006 why it should not be held in civil contempt of this Court's April 11, 2006 order.

Dated: _____                            _____
                                                U.S. District Judge