UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

        v.                                                             Case No. 1:05-CV-01823

SHEET METAL WORKERS' INT'L
ASSOCIATION, LOCAL 40,                                 Judge Kollar-Kotelly

    Defendant and Counterclaimant.
_____/

**SHEET METAL WORKERS LOCAL 40'S REPLY BRIEF
IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

    M.R.S. states that the Union's status will not be further undermined because "M.R.S. has not employed members of Local 40 for almost 12 months." As the Court held in its April 11 Order, M.R.S. continues to employ the same workers – it simply refuses to apply the Local 40 contract to them. This undermines the Union's status.

    M.R.S. gives no explanation for why it is likely to prevail on appeal, except to repeat its argument that it now employs a "zero-Sheet Metal Worker" unit. But M.R.S. does not come to grips with the undisputed evidence that it continues to employ a workforce of more than one employee. It has simply renamed its

employees "ironworkers" rather than "sheet metal workers" in violation of its agreement.

M.R.S. may not defy this Court's order so easily. Once the Court denies a stay, it should require M.R.S. to purge itself of contempt by complying with the Court's order.

Dated: June 6, 2006          Respectfully submitted,

   s/ Michael T. Anderson
Michael T. Anderson (DC Bar 459617)
Arlus J. Stephens (DC Bar 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620; (202) 223-8651 (fax)

Attorneys for Sheet Metal Workers' Local 40