UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

   Plaintiff/Counter-defendant,

     v.

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,
LOCAL 40,

   Defendant/Counter-claimant.

Civil Action No. 05-1823 (CKK)

**ORDER**
(August 22, 2006)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 22nd day of August, 2006, hereby

ORDERED that M.R.S. Enterprises, Inc's [25] Motion to Stay the Court's [19] Order is DENIED; it is also

ORDERED that Sheet Metal Workers Local 40's [26] Motion for Order to Show Cause why M.R.S. Enterprises Should Not be Held in Civil Contempt of this Court's April 11, 2006 Order is GRANTED; it is also

ORDERED that M.R.S. Enterprises, Inc. is ordered to show cause by September 5, 2006, why it should not be held in civil contempt of this Court's [19] Order dated April 11, 2006; it is also

ORDERED that pursuant to Article X, Section 6 of the Parties' Agreement,[1] and pursuant to the instant Court's prior [19] Order, M.R.S. Enterprises, Inc. shall pay Local 40's reasonable attorneys' fees and costs in this case, to be documented in an application by Local 40 pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules, including the attorneys' fees and costs associated with the presently adjudicated [25, 26] Motions.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] "If the party seeking to enforce the award prevails in litigation, such party shall be entitled to its costs and attorney's fees in addition to such other relief as is directed by the courts." Countercl. at Exh. A at 10.