UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

              v.                            Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,        Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR
THE SHEET METAL INDUSTRY,

    Defendants and Counterclaimant.
_____/

## SUPPLEMENTAL DECLARATION OF ARLUS J. STEPHENS IN SUPPORT OF SUPPLEMENTAL APPLICATION FOR FEES

I, Arlus J. Stephens, hereby declare and state that the facts in this declaration are personally known to me and if called as a witness I could and would competently testify as follows:

    1.    I am employed as an associate attorney with Davis, Cowell & Bowe LLP and have been so employed since 2002.

    2.    In this litigation I worked with attorney Michael T. Anderson in developing litigation strategy and in preparing legal motions, briefs and affidavits, including doing legal research.

3. All attorney time billed by me in this matter was reasonably incurred and necessary for the successful prosecution of this case.

4. My discounted billing rate for labor union clients is $180 per hour. This does not constitute the market rate for my legal services. This rate is discounted because our labor union clients cannot afford to pay prevailing market rates. In order that they may have quality legal representation, Davis Cowell & Bowe provides its legal services at this discounted rate.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 5, 2006              s/ Arlus J. Stephens
                                      Arlus J. Stephens