UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

           v.                Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,    Judge Kollar-Kotelly
LOCAL 40; and THE NATIONAL
JOINT ADJUSTMENT BOARD FOR
THE SHEET METAL INDUSTRY,

    Defendants and Counterclaimant.
_____/

### SUPPLEMENTAL DECLARATION OF MICHAEL T. ANDERSON IN SUPPORT OF SUPPLEMENTAL APPLICATION FOR FEES

    I, Michael T. Anderson, hereby declare and state that the facts in this declaration are personally known to me and if called as a witness I could and would competently testify as follows:

    1.    I am a partner with Davis, Cowell & Bowe LLP and have practiced with the firm, as an associate and now as a partner, since 1989.

    2.    All attorneys at Davis Cowell & Bowe are required to record, on a daily basis, brief descriptions of services performed on each client matter, indicating the time spent on the matter, and enter the information into a

computerized program. On a monthly basis, work summaries are prepared from these time entries.

3. In this case, Davis Cowell & Bowe has followed this standard and customary practice. Attorneys have recorded their time and work summaries were prepared from the computerized time entries. I have carefully reviewed the work summaries for this client matter. A true and correct copy of those time entries for myself and attorney Arlus J. Stephens is attached as Exhibit "A."

4. Davis, Cowell & Bowe represents labor unions, among other clients. Our labor union clients, many of which represent low-wage workers, cannot afford market-rate legal fees. As a consequence, Davis, Cowell & Bowe has made a deliberate decision to discount our hourly rates for labor unions to a level far below the market rate for lawyers of similar skill and experience, because of the public-service nature of our representation. Davis, Cowell & Bowe's reduced hourly rate for union clients is $205 for partners and $180 per hour for associates. Some of our union clients and trust funds also have retainer agreements with DCB. Our firm's experience, reputation and skill would allow us to command the higher market rates for all of our work if we did not have the commitment to represent unions and the economically disadvantaged.

5. All attorney time that Arlus Stephens and I billed in this matter was reasonably incurred and necessary for the successful prosecution of this case.

6. My discounted billing rate for labor union clients is $205 per hour. This does not constitute the market rate for my legal services. This rate is discounted because our labor union clients cannot afford to pay prevailing market rates. In order that they may have quality legal representation, Davis Cowell & Bowe provides its legal services at this discounted rate.

7. Calculated pursuant to the applicable *Laffey* Matrix, attached as Exhibit "B" is a chart of attorney hours multiplied by the *Laffey* rate, together with the total fee amount.

8. I have also reviewed the costs and expenses that DCB incurred in litigating this case. These records were prepared and maintained in the ordinary course of business. Attached as Exhibit "C" is a chart setting forth a true and correct listing of those costs and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2006         s/ Michael T. Anderson
                                 Michael T. Anderson