# Exhibit A
(Supplemental Declaration of Michael T. Anderson)

```
         DAVIS, COWELL & BOWE, LLP  5:30 PM              Client Fees
(Atty/Hrs/Desc)                                   Page         1
                                   FEES
```

| Date | Atty | Hours | Description |
|---|---|---|---|
| 4/24/2006 | MTA | 0.70 | Telephone Conference with Co-Counsel Eilean Marks, Tom Brockett |
| 4/24/2006 | MTA | 4.00 | Preparation fee papers |
| 4/24/2006 | AJS | 1.70 | Telephone conferences with M Anderson and R Ross; review and prepare papers for filing |
| 4/25/2006 | MTA | 0.10 | Telephone Conference with Co-Counsel AJS |
| 4/25/2006 | AJS | 1.10 | Telephone conferences with Anderson and Ross; final preparation and review and ECF filing |
| 5/4/2006 | AJS | 0.40 | Review Grosso papers opposing fees |
| 5/5/2006 | MTA | 0.80 | Preparation of Reply |
| 5/5/2006 | AJS | 0.60 | Research local rules of court; correspondence with atty MTA; review proposed reply brief |
| 5/8/2006 | MTA | 1.00 | Revision to Reply; Telephone conference with Decision Roche |
| 5/8/2006 | AJS | 0.80 | Prepare reply brief re fees; prepare ECF filing |
| 5/9/2006 | MTA | 0.10 | Telephone Conference with Union officer Roche |
| 5/11/2006 | MTA | 0.50 | Legal Research re: appeal period |
| 5/12/2006 | AJS | 0.50 | Telephone conferences with MTA; review correspondence from Levesque |
| 5/15/2006 | MTA | 0.10 | Review of Notice of Appeal |
| 5/15/2006 | MTA | 0.10 | Telephone Conference with Co-Counsel AJS |
| 5/15/2006 | AJS | 1.00 | Telephone conference with atty MTA; work on declaration; legal research |

```
                    DAVIS, COWELL & BOWE, LLP
5:30 PM             Client Fees (Atty/Hrs/Desc)           Page        2

                              FEES

Date       Atty  Hours    Description

5/16/2006  MTA   0.20     Telephone conference with Co-Counsel AJS

5/16/2006  MTA   0.10     Correspondence to Employer Attorney
                          Grosso

5/16/2006  MTA   3.70     Drafting Contempt Motion; Legal Research

5/16/2006  MTA   0.30     Telephone conference with Union officer
                          Dave Roche

5/16/2006  AJS   2.00     Research into irreparable injury
                          standard; correspondence with atty MTA;
                          Telephone conference with MTA

5/17/2006  MTA   4.00     Telephone conference with AJS, Roche,
                          Riley, Grosso; Preparation of Motion
                          Contempt Motion; Legal Research

5/17/2006  AJS   1.40     Telephone conferences with atty MTA;
                          review and edit proposed brief and motion

5/18/2006  AJS   1.00     Telephone conference with atty MTA;
                          research docket; prepare papers for
                          filings

5/22/2006  AJS   1.80     Review and edit papers; review Grosso
                          pleading; Telephone conferences with atty
                          MTA; ECf filing

5/22/2006  MTA   5.30     Telephone Conference with Co-Counsel
                          Grosso, AJS; Preparation of opposition to
                          stay; contempt

5/22/2006  MTA   0.30     Telephone conference with Union officer
                          Roche

5/23/2006  AJS   0.30     Telephone conferences with atty MTA and
                          clerk

5/23/2006  MTA   0.70     Telephone conference with Reighel, Roche,
                          Brockett, AJS

5/23/2006  MTA   0.60     Telephone conference with Union officer
```

```
                    DAVIS, COWELL & BOWE, LLP
5:30 PM             Client Fees (Atty/Hrs/Desc)              Page         3

                              FEES
```

| Date | Atty | Hours | Description |
|---|---|---|---|
| | | | Roche; Telephone conference with Co-Counsel AJS |
| 5/31/2006 | AJS | 0.80 | Telephone conference with atty MTA; prepare appearance and forms for DC Circuit |
| 6/6/2006 | MTA | 0.80 | Preparation of Reply for OSC Motion |
| 6/6/2006 | AJS | 0.90 | Review Grosso brief; Telephone conference with atty M Anderson; prepare and file reply brief |
| 7/5/2006 | AJS | 0.40 | Telephone conferences with atty M Anderson; Telephone conference with clerks office at DDC |
| 7/10/2006 | MTA | 0.20 | Telephone Conference with Union officer Roche |
| 7/11/2006 | AJS | 1.00 | Prepare certificate of issues for court; Telephone conference with atty M Anderson |
| 8/22/2006 | MTA | 0.50 | review of court order and tele conference with AJS |
| 8/22/2006 | AJS | 1.00 | review of court order; tele conference with atty MTA; work on supplemental fee application |
| 8/23/2006 | MTA | 0.90 | conference with union officer Roche; conference with Fussell; conference with AJS |
| 8/23/2006 | AJS | 1.20 | tele conference with atty MTA; prepare materials for MTA; review figures for fee and costs update re fee application |
| 8/28/2006 | MTA | 0.30 | tele conference with Roche |
| 8/29/2006 | MTA | 0.10 | tele conference with atty Grosso |
| 8/29/2006 | AJS | 2.00 | review order on fees; work preparing |

```
                         DAVIS, COWELL & BOWE, LLP
5:30 PM                  Client Fees (Atty/Hrs/Desc)           Page            4
                                    FEES
Date         Atty  Hours   Description

                           supplemental fee application

9/5/2006     AJS   3.50    work preparing fee application and
                           affidavits and attachments; ECF filing of
                           supplemental fee application


---------------------------------------------------------------------------
Total: Time                48.80
===========================================================================

                           M. Anderson       25.40 Hrs
                           A. Stephens       23.40 Hrs
```

# Exhibit B
(Supplemental Declaration of Michael T. Anderson)

## Supplemental Attorney Time at Prevailing Market Rates

The *Laffey* index as updated by the legal services component of the Consumer Price Index:

    Anderson        25.40 hours x $456/hour = $11,582.40

    Stephens        23.40 hours x $404/hour = $9,453.60

[using rates from *Interfaith Community Organization v. Honeywell Inc.*, 426 F.3d 694, 708 n. 11 (3d Cir. 2005) for Washington, DC counsel]

The *Laffey* index as updated by the general Consumer Price Index for all goods and services:

    Anderson        25.40 hours x $360/hour = $9,144.00

    Stephens        23.40 hours x $290/hour = $6,786.00

[using rates from the U.S. Attorney for the District of Columbia: www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_5.html ]

# Exhibit C
(Supplemental Declaration of Michael T. Anderson)

```
8/22/2006           DAVIS, COWELL & BOWE, LLP
5:29 PM             Client Costs (Dollar/Desc)              Page           1


Slip.Slip Type
Clie.Selection          Include: USM40*4930*MRS Enterprises
Slip.Date          4/1/2006 - 8/22/2006

                            EXPENSE

    Date         Price          Description

    4/30/2006  $   72.04    Westlaw Computer Research
    4/30/2006  $   58.10    Westlaw Computer Research
    5/13/2006  $   18.71    5/9 UPS Delivery
    5/16/2006  $    0.20    Copying cost
    5/30/2006  $    0.08    Pacer Computer Charge
    5/31/2006  $    2.31    Postage
    5/31/2006  $   86.23    Westlaw Computer Research
    5/31/2006  $  126.60    Westlaw Computer Research
    7/31/2006  $    0.08    Pacer Computer Charge
    7/31/2006  $    0.08    Pacer Computer Charge
    7/31/2006  $    0.08    Pacer Computer Charge
    7/31/2006  $    0.08    Pacer Computer Charge
------------------------------------------------------------------
Total:            $ 364.59
==================================================================
```

50/C:\Documents and Settings\AJS\My Documents\Sheet Metal Workers\MRS Enterprises\Fees\Supp Exh. Costs.wpd
8/23/2006/09:05:07 USM40 4930