UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. ) | |
| ) | Civil Action No. |
| *Plaintiff/Counterclaim Defendant* ) | 3:05-CV-1466 (MRK) |
| ) | |
| v. ) | |
| ) | |
| SHEET METAL WORKERS' INTERNATIONAL ) | |
| ASSOCIATION LOCAL 38, AFL-CIO ) | June 6, 2006 |
| ) | |
| *Defendant/Counterclaim Plaintiff* ) | |

**STATEMENT OF FEES AND COST**

I, JOHN T. FUSSELL, of Robert M. Cheverie & Associates, P.C., counsel of record for Sheet Metal Workers' International Association Local 38 (hereinafter the "Defendant"), hereby certify, declare and verify under penalty of perjury, pursuant to 28 U.S.C. 1746, this 6th day of June 2006, the following:

1. I am an attorney with the law firm of Robert M. Cheverie & Associates, P.C., the counsel of record for Defendant.

2. The law firm of Robert M. Cheverie & Associates, P.C. expended seventy-one hours and fifteen minutes (**71.25 hrs**.) in the above-captioned case on behalf of the Defendant in reviewing the complaint, legal research, conferences with client, answering the complaint, drafting affirmative defense and counterclaim, reviewing the

amended complaint, drafting answer and counterclaim to the amended complaint, correspondence and conferences with opposing counsel, drafting proposed 26(f) report, drafting motion and memorandum of law for scheduling order appropriate to an arbitration action, argument of the scheduling order motion, legal research and writing of motion and memorandum of law in opposition to Plaintiff's application to vacate and in support of Defendant's application to confirm and for award of attorney's fees and cost, review of documents and drafting affidavit of John Tarr, preparation for argument, travel and court appearance for argument, and affidavit and stipulation in support of order for payment of attorney's fees and cost.

3.    The amount of time expended is within the usual and customary time spent for an attorney on this type of case.

4.    Robert M. Cheverie & Associates, P.C. has negotiated a fee of Two Hundred Dollars ($200.00) per hour for attorney time with its clients for the performance of this type of legal representation.  We believe that this hourly fee is at or below the usual and customary fee charged for this type of work.

5.    Robert M. Cheverie & Associates, P.C has incurred costs of **$22.16** in connection with this action.  Specifically, **$10.77** was incurred to forward documents for overnight delivery to Attorney James Grosso and **$11.39** was incurred to forward documents for overnight delivery to Local 38.

6.    Consistent with the Court's Order dated June 5, 2006 awarding attorney's fees and costs to Defendant Local 38 accompanied herewith is the Joint Stipulation as

to the reasonable award of fees in the amount of **$14,250.00** and costs in the amount of **$22.16** for a total fees and cost award of **$14,272.16** to be paid by Plaintiff M.R.S. Enterprises, Inc. to Defendant Sheet Metal Workers' International Association Local 38.

DATED this 6th day of June 2006, at East Hartford, Connecticut.

_____
John T. Fussell

Subscribed and sworn to before me this 6th day of June 2006.

_____
Notary Public

s:\jtf\sheet metal 38\mrs enterprises v smw 38 & smw 63\affidavit of defendant's attorney's fees and cost.06-06-06.doc