UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.,<br><br>   Plaintiff/Counter-defendant,<br><br>   v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br>LOCAL 40,<br><br>   Defendant/Counter-claimant. | Civil Action No. 05-1823 (CKK) |

**ORDER**
(September 19, 2006)

Based on the reasoning set forth in the accompanying Memorandum Opinion, it is, this 19th day of September, 2006, hereby

ORDERED that pending compliance with the Court's April 11, 2006 Order by executing the confirmed collective bargaining agreement by September 26, 2006, the Court shall hold M.R.S. in Civil Contempt based on its non-compliance with the Court's April 11, 2006 Order; it is also

ORDERED that absent compliance with the Court's April 11, 2006 Order by September 26, 2006, M.R.S. is ORDERED to pay a per-diem fine of $1000, effective September 27, 2006, which M.R.S. shall pay to the Clerk of the Court, until M.R.S. complies with the Court's April 11, 2006 Order. The amount of this per-diem fine is subject to either party moving that this amount is insufficient to secure compliance or overly burdensome in light of M.R.S.'s financial resources.

                                                        /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge