**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

        v.                          Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,       Judge Kollar-Kotelly
LOCAL 40,

    Defendant and Counterclaimant.
_____/

**NOTICE OF DISMISSAL OF APPEAL**

Defendant/Counterclaimant Sheet Metal Workers Local 40 hereby gives notice to the Court that the U.S. Court of Appeals for the D.C. Circuit has ordered the dismissal of the appeal by Plaintiff/Counterdefendant.

A copy of the Order is attached. By the terms of the Order, the Court will issue its mandate on December 21, 2006.

Still pending before this Court is Local 40's "Application for Attorneys' Fees and Costs" (Doc. 21) and its "Supplemental Application for Attorneys' Fees and Costs" (Doc. 34). Both are fully briefed.

Dated: December 1, 2006	Respectfully submitted,

  s/ Michael T. Anderson
Michael T. Anderson (DC Bar 459617)
Arlus J. Stephens (DC Bar 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(202) 223-8651 (fax)

Attorneys for Defendant/Counterclaimant
Sheet Metal Workers Int'l Assn. Local 40