# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7085**  September Term, 2006

05cv01823

Filed On: November 21, 2006

[1005722]

M.R.S. Enterprises, Inc.,
    Appellant

    v.

Sheet Metal Workers International Association Local
No. 40,
    Appellee

## O R D E R

By order filed September 28, 2006, directing appellant to show cause, why this case should not be dismissed for lack of prosecution, by October 30, 2006. Appellant received and signed for the order on October 2, 2006. To date, nothing has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk