UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.,<br><br>   Plaintiff and Counterdefendant,<br><br>   v.<br><br>SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION,<br>LOCAL 40,<br><br>   Defendant and Counterclaimant. | Civil Action No. 05–1823 (CKK) |

**ORDER**
(December 11, 2006)

The above-captioned case has been referred to Magistrate Judge John M. Facciola for the disposition of Local 40's [21] Application for Attorneys' Fees and Costs and [34] Supplemental Application for Attorneys' Fees and Costs pursuant to LCvR 72.2(a).

Accordingly, it is this 11th day of December, 2006,

**SO ORDERED.**

                                                      /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge