# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7085                                                      September Term, 2006

05cv01823

Filed On:

M.R.S. Enterprises, Inc.,
    Appellant

v.

Sheet Metal Workers International Association Local No. 40,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 2 1 2006

CLERK

## ORDER

By order filed September 28, 2006, directing appellant to show cause, why this case should not be dismissed for lack of prosecution, by October 30, 2006. Appellant received and signed for the order on October 2, 2006. To date, nothing has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 12/28/06
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk