UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.R.S. ENTERPRISES, INC., )<br>)<br>Plaintiff and Counterclaim )<br>Defendant, )<br>)<br>v. )<br>)<br>SHEET METAL WORKERS' )<br>INTERNATIONAL ASSOCIATION, )<br>LOCAL 40; and THE NATIONAL JOINT )<br>ADJUSTMENT BOARD FOR THE )<br>SHEET METAL INDUSTRY, )<br>)<br>Defendants and Counterclaimants. )<br>) | **FILED**<br>MAR 3 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 05-1823 (CKK/JMF) |

## JUDGMENT

This action, having come before the Court and the Honorable John M. Facciola, Magistrate Judge, presiding,

It is **ORDERED** and **ADJUDGED** that the defendant recover of the plaintiff its fees in the amount of $71,970 and its fees in the amount of $1,410.44.

**SO ORDERED.**

_____
Clerk of the Court

Dated: 3/30/07