UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.R.S. ENTERPRISES, INC.,

    Plaintiff and Counterdefendant,

        v.        Case No. 1:05-CV-01823

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION,    Judge Kollar-Kotelly
LOCAL 40,

    Defendant and Counterclaimant.
_____/

**DEFENDANT/COUNTERCLAIMANT'S STATUS REPORT**

In response to this Court's February 13, 2008 minute order, Defendant and Counterclaimant Sheet Metal Workers Local 40 reports as follows:

1. Plaintiff/Counterdefendant M.R.S. Enterprises complied with the Court's September 19, 2006 order prior to the September 26, 2006 deadline, by executing the collective-bargaining agreement;

2. Defendant/Counterclaimant does not contend that Plaintiff is liable for any further fines under the Court's September 19, 2006 order;

1

3.    The parties have resolved all issues relevant to this case.

Dated:  February 14, 2008          Respectfully submitted,

                                              */s/ Michael Anderson*
Michael T. Anderson (DC Bar 459617)
Arlus J. Stephens (DC Bar 478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(202) 223-8651 (fax)

Attorneys for Defendant/Counterclaimant
Sheet Metal Workers Int'l Assn. Local 40

50/C:\DCB\MTA\MRS02-14 status report.wpd
2/14/2008/08:41:25 USM40 4930

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following document(s) was served electronically through the District of Columbia ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing on February 14, 2008:

1.    Defendant/Counterclaimant's Status Report

Executed February 14, 2008.

                                              */s/ Michael Anderson*
                                              Michael T. Anderson